# EXHIBIT A

(12) **United States Patent**
Kodige et al.

(10) **Patent No.:**     **US 9,838,755 B1**
(45) **Date of Patent:**           **Dec. 5, 2017**

(54) **SYSTEM AND METHOD FOR DETERMINING TV TUNE-IN ATTRIBUTION**

(71) Applicant: **Alphonso Inc.**, San Carlos, CA (US)

(72) Inventors: **Raghu Srinivas Kodige**, San Carlos, CA (US); **Ashish Chordia**, Mountain View, CA (US); **Lampros Kalampoukas**, Brick, NJ (US); **Nikhil Sahasrabudhe**, Pune (IN)

(73) Assignee: **Alphonso Inc.**, San Carlos, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/478,997**

(22) Filed: **Apr. 4, 2017**

(51) **Int. Cl.**
| | |
|---|---|
| *H04N 7/10* | (2006.01) |
| *H04N 7/025* | (2006.01) |
| *H04N 21/81* | (2011.01) |
| *H04N 21/84* | (2011.01) |
| *H04N 21/643* | (2011.01) |
| *H04N 21/2668* | (2011.01) |
| *H04N 21/24* | (2011.01) |

(52) **U.S. Cl.**
CPC ....... *H04N 21/812* (2013.01); *H04N 21/2407* (2013.01); *H04N 21/2668* (2013.01); *H04N 21/64322* (2013.01); *H04N 21/84* (2013.01)

(58) **Field of Classification Search**
CPC .. H04N 21/2668; H04N 21/84; H04N 21/812; H04N 21/64322; H04N 21/2407
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2011/0289114 A1 | 11/2011 | Yu et al. |
| 2013/0071090 A1 | 3/2013 | Berkowitz et al. |
| 2013/0205318 A1 | 8/2013 | Sinha et al. |

| | | | |
|---|---|---|---|
| 2015/0235259 A1* | 8/2015 | Maycotte | G06Q 30/0244 705/14.43 |
| 2015/0370814 A1 | 12/2015 | Liodden et al. | |
| 2016/0125452 A1* | 5/2016 | Kemp | G06Q 30/0267 705/14.44 |
| 2017/0068987 A1* | 3/2017 | Levinson | G06Q 30/0275 |

OTHER PUBLICATIONS

Wikipedia entry for "Automatic Content Recognition." downloaded from web page: https://en.wikipedia.org/w/index.php?title=Automatic_content_recognition&printable=yes, download date: Aug. 11, 2016, 4 pages.
Audible Magic® product brochures: Core Technology & Services Overview, Broadcast Monitoring, and Media Identification, Audible Magic Corporation, Los Gatos, California, downloaded from web pages at http://www.audiblemagic.com, download date: Aug. 11, 2016, 11 pages.
Gracenote Entourage™, Gracenote, Inc., Emeryville, California, downloaded from webpage: http://www.gracenote.com/video/media-recognition-and-insights/, download date: Aug. 24, 2016, 5 pages.

* cited by examiner

*Primary Examiner* — Yassin Alata

(74) *Attorney, Agent, or Firm* — Panitch Schwarze Belisario & Nadel LLP

(57)          **ABSTRACT**

Methods and apparatus are provided for determining a lift metric regarding effectiveness of a digital ad campaign for an audio-visual work on subsequent viewership of the audio-visual work. Viewed content from a universe of monitored AV audio-visual devices is collected. Identifiers of audio-visual devices that received an ad impression for the audio-visual work are also collected. The lift metric may be determined from statistical analysis of this data.

**29 Claims, 8 Drawing Sheets**





Universe of monitored A-V devices

first database 200

| Identifier(s) associated with monitored AV device | Viewed content of monitored AV device (TV show identifier, time watched) |
|---|---|
| IP address 9100; device ID 1110, device ID 1111 | 8888555, t1; 7777755, t2;.... |
| IP address 9101; device ID 1112 | 1234578, t3; 8866335, t17; .... |
| IP address 9102; device ID 1113 | 3333336, t4; ... |
| IP address 9103; device ID 1114 | 7654321; 1234578, t3; ... |
| : | : |
| device ID 2110 | 444445, t50;... |
| device ID 2112 | 5432444, t51;... |
| : | : |
| 210 Main Street, Springfield, PA; device ID 3110 | 4567445, t83;.... |
| 5555 Front Street, Pleasantville, NJ; device ID 3226 | 5000144, t84;.... |
| | : |

Figure 2

Targeted AV devices

second database 300

| Ad impression (show identifier, time of impression) | Identifier of AV device(s) receiving ad impression |
|---|---|
| 3333336, t1 | IP address 9955; device ID 4443<br>IP address 9001<br>IP address 9102; device ID 4449<br>IP address 9103<br>: |
| 1234578, t2 | IP address 9955; device ID 4443<br>IP address 9001<br>IP address 9101; device ID 4450<br>: |
| 8866335, t10 | IP address 9222; device ID 4450 (from original source)<br>IP address 9101; device ID 4450 (from database 500) |
| : | : |

Figure 3A

second database 300

| Ad impression (show identifier, time of impression) | Identifier of AV device(s) receiving ad impression |
|---|---|
| 3333336, t1 | IP address 9955; device ID 4443; physical address 1002<br>IP address 9001; physical address 1330<br>IP address 9102; device ID 4449; physical address 3322<br>IP address 9103; physical address 3325<br>: : |
| 1234578, t2 | IP address 9955; device ID 4443; physical address 1002<br>IP address 9001; physical address 1330<br>IP address 9101; device ID 4450; physical address 4343<br>: : |
| 8866335, t10 | IP address 9222; device ID 4450 (from original source); physical address 3456<br>IP address 9101; device ID 4450 (from database 500); ; physical address 4343 |
| : : | : : |

Figure 3B

| Example | Tune_in for Set T | Tune_in for Set C | Lift in tune_in | Comments |
|---|---|---|---|---|
| 1 | 1% | 10% | (1-10)/10 = **-0.9** | 1% of IPs that saw the ad actually tuned into the TV show. 10% of IPs that did not see the ad tuned into the TV show. |
| 2 | 5% | 10% | (5-10)/10 = **-0.5** | Equal numbers of IPs who did and did not see the ad tuned into the TV show. |
| 3 | 10% | 10% | (10-10)/10 = **0.0** | |
| 4 | 5% | 2% | (5-2)/2 = **+1.5** | 5% of IPs that saw the ad actually tuned into the TV show. 1% of IPs that did not see the ad tuned into the TV show. |
| 5 | 5% | 1% | (5-1)/1 = **+4.0** | |

Figure 4

IP address/AV device ID database

IP database 500

| IP address | AV device ID |
|------------|--------------|
| 9101 | 4450 |
| 9102 | 4449 |
| 9206; 9209 | 4956 |
| . . . | . . . |

Figure 5

out-of-home (OOH) database 600

| location of out-of-home media advertising device (e.g., billboard) (GPS coordinates) | Ad impression (show identifier, time of impression) |
|---|---|
| . . . | . . . |

Figure 6

Device graph for physical addresses

| Physical address | IP address | Device ID |
|---|---|---|
| 210 Main Street, Springfield PA | 76.240.249.145 | ESN/IMEI/MEID for iphone 5: 99000228659386O |
| 5555 Front Street, Pleasantville, NJ | 76.123.333.134 | ESN/IMEI/MEID for Samsung Galaxy 5: 66000228654379 |
| : : | : : | : : |

Figure 7



Figure 8

US 9,838,755 B1

**1**

## SYSTEM AND METHOD FOR DETERMINING TV TUNE-IN ATTRIBUTION

### BACKGROUND OF THE INVENTION

TV networks run promotional campaigns for various TV shows. The campaigns may be in the form of advertisements (ads) on TV or on websites and apps. The TV networks always want to know how effective these campaigns are, in the same manner that companies who sell products and services, want to know how effective their ad campaigns are in driving sales.

Conventional techniques for measuring the effectiveness of such campaigns are inadequate. Accordingly, there is a need for new approaches to measure the effectiveness of such campaigns. The present invention fulfills such a need.

### SUMMARY OF THE PRESENT INVENTION

"TV tune-in attribution" is a measurement of how effective a campaign for a TV show was in driving viewership for that show. The campaign may be any type of campaign (e.g., display, video, social media) and may be on any medium (e.g., desktop, mobile, TV). The general process for measuring TV tune-in attribution involves collecting data during the campaign phase in order to identify users who are exposed to the campaign. Once the campaign ends, data is collected on how many of the users exposed to the campaign tuned into the TV show(s) that was promoted in the campaign. Analysis of this data, along with other data on TV watching habits of people who are not exposed to the campaign, is conducted to report on the effectiveness of the campaign. The presumption is made that a user actually viewed the TV show that the TV channel is tuned into.

### BRIEF DESCRIPTION OF THE DRAWINGS

Preferred embodiments of the present invention will now be described by way of example with reference to the accompanying drawings:

FIGS. **1**A and **1**B are pictorial diagrams showing data sets for use in implementing one preferred embodiment of the present invention.

FIGS. **2-7** are database tables for use in implementing one preferred embodiment of the present invention.

FIG. **8** is a schematic diagram of a system for implementing one preferred embodiment of the present invention.

### DETAILED DESCRIPTION OF THE INVENTION

Certain terminology is used herein for convenience only and is not to be taken as a limitation on the present invention.

The words "a" and "an", as used in the claims and in the corresponding portions of the specification, mean "at least one."

### I. Definitions

The following definitions are provided to promote understanding of the present invention.

lift—marketing industry's term for improvements in sales due an ad campaign, compared to sales levels absent such a campaign. Similarly, "lift" for a TV show represents increases in viewership due to the ad campaign for the TV show, compared to viewership absent such a campaign.

**2**

lift metric—a quantifiable value related to the effectiveness of an ad campaign based on a particular equation.

IP address (IP or IP's (plural))—unique identifier of a computer network (e.g., 76.240.249.145). Multiple devices that are on the same network will typically share the same unique IP address. The phraseology that "an IP received an ad impression" or the like means that a particular AV device (e.g., a mobile device) having an associated IP address received the ad impression. Similarly, the phraseology that "an IP tuned into a TV show" means that a particular device (e.g., a smart TV) having an associated IP address tuned into the TV show. That is, the word "IP" is used as a shorthand designation for the devices associated with the IP address. Some AV devices may not have an associated IP address.

device identifier (device ID)—a device ID is equivalent to a "MAC address" or "physical address" which is unique for every device. The device may be a mobile device, smart TV or the like. A device ID is typically fixed, but in the case of mobile devices, their device ID's are now user-resettable. A sample device ID (ESN/IMEI/MEID) for an Iphone® 5 is: 990002286593860.

audio-visual work—a presentation possessing both a sound and a visual component. The audio-visual work in preferred embodiments of the present invention is a TV show. The audio component may be suppressed and substituted with subtitles.

monitored audio-visual (AV) device—a "monitored" AV device refers to a device that is tracked by a monitoring entity which receives and stores data regarding the audio-visual content viewed by a universe of such AV devices. In one preferred embodiment described herein, the monitored AV device is a TV connected to a set-top box that receives TV stations from a cable or satellite TV provider, and may also be a home computer or TV that receives TV shows directly from a service provider such as Hulu®, Amazon® and Netflix® via a home internet connection. The monitored AV device may also be a device such as a Slingbox®. Each monitored AV device may be associated with an IP address, and may also be associated with a device ID. In the example of a cable or satellite TV provider, a set-top box from the TV provider is typically connected to a home network having an IP address. Data from the set-top box indicates what channels are being tuned to and when they are being tuned to the respective channels. This data may be received directly by the entity or indirectly via the TV provider. Alternatively, newer "smart TV's" can also provide this data to the monitoring entity using code embedded therein that is shipped with the TV. Smart TV's also include a device ID that may be reported to the monitoring entity via the home network using the embedded code. A monitored AV device may also be a mobile device that includes an app that performs audio content recognition (ACR) and electronically communicates sampled audio or audio fingerprints to a remote server which identifies audio-visual content viewed by the mobile device. In some instances, the monitored AV device is associated with a physical address (e.g., a home address). For example, a set-top box having a specific device ID may be known by the cable or satellite TV provider to be located at particular home address. In some instances, there may be no known IP address or device ID for such a monitored AV device.

viewed content (played content)—If a particular channel is "tuned to," it is presumed that the content of that channel is being played on an AV device and viewed by a person.

US 9,838,755 B1

3

TV show identifier (content identifier)—a TV show identifier identifies a specific TV show (e.g., The Walking Dead, Season 7, Episode 2; The Incredibles (movie)). The identifier is preferably an alphanumeric number which is cross-indexed in a database to the TV show.

tracking tag—an object that is designed to be embedded in a digital ad for tracking ad impressions. The tracking tag includes code that automatically reports back to a remote server various information related to the ad impression, including an IP address (IP) of a device that the digital ad was delivered to and the time of delivery. Optional additional information may include the device ID and placement details of the digital ad on a display screen of the device. The digital ads described herein are related to the TV tune-in campaign. The preferred embodiment of the present invention uses a tracking tag implemented through an embedded image, referred to as a "lightweight 1×1 pixel." As described herein, the time of delivery is presumed to be the same, or nearly the same, as the time that the ad impression is made (e.g., displayed) on the device.

pixel data—identifiers that are returned to the remote server from the devices that received the digital ad with the tracking tag. The identifiers include one or more of IP addresses and device ID's.

TV data—TV viewing history for a universe of monitored AV devices. The TV viewing history includes identifiers of monitored AV devices and viewed content of the monitored AV devices. Some monitored AV devices may not have necessarily watched (tuned into) any particular TV show.

II. Detailed Disclosure

FIGS. 1A, 1B, 2 and 3 show an overview of one preferred embodiment of the present invention for determining a lift metric regarding effectiveness of a digital ad campaign for an audio-visual work on subsequent viewership of the audio-visual work.

FIG. 1A illustrates two sets of data, namely, TV data 100 and pixel data 102.

FIG. 2 shows a high level view of a first database 200 that includes the TV data 100, as well as device ID's of monitored AV devices (when available), and viewed content data. More specifically, the first database 200 includes at least (i) identifier(s) associated with monitored AV devices, and (ii) viewed content of each monitored AV device. The identifiers for each monitored AV device include whatever identifiers are available, such as an IP address, a device ID or a physical address. As shown in the first table entry, multiple devices may be reported on the same network. For example, there may be multiple TV's and computers connected to the same home network, all of which are used to watch TV shows. The viewed content of each monitored AV device is also tracked by show identifier and time of viewing. In this example, devices having IP addresses of 9101 and 9103 both tuned into the same TV show at the same time. Various metadata (not shown) related to the illustrated fields may also be collected and stored in the first database 200.

The first set of identifiers in the first database 200 are identified by an IP address and one or more device ID's. A second set of identifiers in the first database 200 are only identified by a device ID, either because this is the only identifier that is available, or because it is the only identifier that is stored.

4

A third set of identifiers in the first database 200 are identified by a physical address (e.g., a home address where a monitored AV device is located) and a device ID of the monitored AV device.

The scope of the present invention may include additional sets of known identifiers, such as telephone numbers, personal names, and the like. Future types of devices may be identified by newly developed device identifiers, and the scope of the present invention also includes such identifiers, which may form their own set of additional TV data. As long as the type of identifier can be accurately linked to the viewed content, it may be added to the TV data. As discussed below, device graphs may optionally be used to make the appropriate linking. Stated another way, any unique identifier can be used as long as there is a way to associate captured data from monitored AV devices and captured data from devices that receive digital ads with tracking tags (e.g., device ID's, IP addresses) to the unique identifier.

In the preferred embodiment, the time of viewing time values (t1, t2, . . . ) in FIG. 2 refer to the full time frame in which the AV device was tuned into the respective TV show, including start time and end time. There may be multiple start and end times if the viewer is changing channels back and forth between multiple programs. In alternative embodiments, the time values (t1, t2, . . . ) in FIG. 2 may simply be single points in time collected at regular polling intervals or whenever a channel change is detected.

FIG. 3A shows a high level view of a second database 300 that includes the pixel data 102, as well as other data reported by the tracking tag. For each digital ad, the second database 300 includes at least (i) a TV show identifier (content identifier) of the digital ad and time of impression of the digital ad, and (ii) an identifier of AV device(s) receiving the ad impression, which includes at least an IP address. For illustration purposes, the same identifier is used to represent the TV show identifier and a digital ad for the TV show, even though the length and full content of the TV show differs from the length and full content of the digital ad for the TV show. In an alternative process, these identifiers may differ and a cross-reference table may be used to associate them to one another. Various metadata (not shown) related to the illustrated fields may also be collected and stored in the second database 300.

In one example scenario, the digital ads are targeted to mobile device users, and the digital ads are impressed on display screens of web browsers or on display screens when a user is in an app on the mobile device. The digital ads may also be targeted to home computer devices in a similar manner. The targeted mobile AV device may thus be a mobile phone, a tablet computer, a laptop computer, a desktop computer, or the like.

Scenario 1: Data Analysis Based on Similar IP's

In this scenario, data matching is performed using IP's. This correlates with the first set of identifiers in the first database 200 which are identified by an IP address. As discussed above with respect to the first database 200, the TV data may include other data that lacks an IP address. This TV data is used in scenarios 2 and 3, discussed below.

FIG. 1B diagrammatically illustrates one preferred embodiment of how data mapping based on the two sets of data may be used for the tune-in analysis. This illustration is explained in the context of only one digital ad campaign per diagram. That is, separate diagrams showing sets of data mappings are made for each digital ad campaign to illustrate any overlap. The TV data 100 will be the same in each diagram but the pixel data 102 will vary because each ad campaign targets different AV devices.

5                                                                                      6

Three regions are defined in FIG. 1B, as follows:

Region 1: Exposed data set (IP's exposed to the digital ad
and also present in the TV data set). This is the overlapping
area of the TV data **100** and the pixel data **102**. This data set
is also referred to as Test Set, T.

Region 2. Unexposed data set. (IP's present in the TV data
that were not exposed to the digital ad.). This is the area of
the TV data **100** that does not overlap with the pixel data
**102**. A Control Set, C, is drawn from this data set.

Region 3: (IP's that were exposed to the digital ad but are
not present in the TV data.) This is the area of the pixel data
**102** that does not overlap with the TV data **100**. This data set
is not used in the analysis.

In order to determine a lift metric, it is not sufficient to
simply know what IP's are in the two data sets, but it is
necessary to determine if a viewer turned into a particular TV
show after being exposed to an ad (via an ad impression) for
the TV show and also to determine if a viewer turned into the
particular TV show without being exposed to the ad. The
viewed content of the monitored AV devices is used for this
purpose, as well as time data regarding the time of an ad
impression and the viewing time of the TV shows.

Tune-in Analysis (Lift Metric)

As discussed above, in the preferred embodiment, the
time of viewing time values (t1, t2, . . . ) in FIG. **2** refer to
the full time frame in which the AV device was turned into
the respective TV show, including start time and end time.

In one preferred embodiment, the tune-in analysis defines
being "tuned-in" as any IP (monitored AV device) that has
tuned in for at least five minutes into the TV show. This
helps to remove data records in the TV data **100** wherein a
viewer may have initially started watching a TV show, either
intentionally or inadvertently, but then quickly turned away
from it.

One preferred embodiment of a tune-in analysis is as
follows:

STEP 1: Select Set T (Test). The entire set of IP's is selected
from the overlapping portion. In an alternative embodi-
ment, only a subset of IP's is selected, but the subset must
be sufficiently large to provide statistically significant
results. The subset may also be selected based on geo-
graphic data, demographic data (e.g., income) or the like,
particularly if information regarding the efficiency of the
campaign for different target groups is desired. The subset
may also be selected randomly from either the entire set
or a targeted subset.

STEP 2: Select Set C (Control). Select a random set of IP's
from the unexposed data set such that the size of set C
equals the size of set T. In an alternative embodiment, the
size of set C does not need to be equal to the size of set
T, but merely has to be large enough to provide statisti-
cally significant results. The set C may also be selected
based on geographic data, demographic data (e.g.,
income) or the like, particularly if information regarding
the efficiency of the campaign for different target groups
is desired. In this case, the set C will be actually be a
subset of set C. The set/subset C may also be selected
randomly from either the entire set or a targeted subset.

STEP 3: Calculate Tune_in for Set T=% of data points from
set T that are 'tuned-in'.

Calculate Tune_in for Set C=% of data-points from set C
that are 'tuned-in'.

Lift in tune_in =(Tune_in_T–Tune_in_C)/Tune_in_C,
also referred to herein as "(T–C)/C"

FIG. **4** shows sample results of these calculations wherein
the "tune-in" lift varies from −0.9 to +4.0, partially sum-
marized in Table 1 below:

TABLE 1

| Example | Lift in tune_in | Comments |
|---------|-----------------|----------|
| 1 | −0.9 | 1% of IPs that saw the ad actually tuned into the TV show. 10% of IPs that did not see the ad tuned into the TV show. |
| 3 | 0.0 | Equal numbers of IPs who did and did not see the ad tuned into the TV show. |
| 5 | +4.0 | 5% of IPs that saw the ad actually tuned into the TV show. 1% of IPs that did not see the ad tuned into the TV show. |

As shown by these values, negative numbers low effec-
tiveness of the ad campaign, wherein the more negative the
number, the less effective the ad campaign. Likewise, posi-
tive numbers indicate some level of effectiveness of the ad
campaign, wherein the more positive the number, the more
effective the ad campaign.

Explanation of Sample Data for Tune-in Analysis

Consider the example of an IP that received an ad
impression for a particular TV show and then subsequently
tuned into that same TV show (this will be an IP in Region
1).

In a first example wherein the TV show identifier is
333336, and referring to FIGS. **2** and **3**, an ad impression for
TV show 333336 was recorded for an AV device having IP
address 9102 at time t1, and then a monitored AV device
having the same IP address 9102 tuned into the same TV
show 333336 at time t4. These data points would thus appear
in the overlapping area (Region 1). In a second example of
data mapping wherein the TV show identifier is 1234578,
and referring again to FIGS. **2** and **3**, an ad impression for
TV show 1234578 recorded for an AV device having IP
address 9101 at time t2, and then a monitored AV device
having the same IP address 9101 tuned into the same TV
show 1234578 at time t3. These data points would thus
appear in the overlapping area of another diagram.

To further explain the overlapping areas of TV data **100**
and pixel data **102**, the mere presence of the same identifier
of an AV device in both data sets is not sufficient to
determine that a viewer tuned into the TV show associated
with the ad campaign. For example, referring again to FIGS.
**2** and **3**, an ad impression for TV show identifier 333336 was
recorded for an AV device having an IP address 9103, and
the IP address 9103 also appears in the TV data **100**.
However, there is no record in the TV data **100** that any
monitored AV device having this IP address ever tuned into
this TV show. Accordingly, this data would not count as a
tuned-in IP.

To qualify for tune-in, there must be appropriate temporal
matching. That is, the ad impression must have occurred
before the tune-in time. Furthermore, in one embodiment,
there is a maximum time difference to qualify for overlap
because after a very long time has passed, it can no longer
be presumed that the viewer tuned into the TV show as a
result of the ad impression.

In one preferred embodiment, the AV devices in the
universe of monitored AV devices are not the same devices
that receive the ad impressions (i.e., the targeted AV
devices). As discussed above, one paradigm is that the
universe of monitored AV devices are mainly TV's con-
nected to set-top boxes or home computers or TV's that
receive TV shows directly from a service provider such as
Hulu, Amazon and Netflix via a home internet connection,
and that the targeted AV devices are mobile devices. How-
ever, the universe of monitored AV devices may include

US 9,838,755 B1

7

targeted AV devices. For example, digital ad for a TV show may targeted to a smart TV which then gets recorded in the second database **300**. The same TV, or another TV sharing the same IP address, subsequently tunes into the TV show which then gets recorded in the first database **200**.

FIG. **8** is a schematic diagram of a system **800** for implementing one preferred embodiment of the present invention. A server **802** is in electronic communication with the first database **200**, the second database **300** and IP database **500** (described below). The server **802** includes a processor **804** that performs (i) IP matching in a matching engine **806**, and (ii) lift metric calculations, as described above. If an out-of-home (OOH) database **600** (described below) is maintained, this database is also in communication with either the server **802** or with the second database **300**. One or more device graphs **808** are used to populate the first database **200**, the second database **300** and the IP database with selected data.

Scenario 2: Data Analysis Based on Similar Device ID's

A similar process as described above is performed for the second set of TV data which includes a device ID, but no IP address. Referring again to FIG. 1B, the regions are defined as follows:

Region 1: Exposed data set (device ID's exposed to the digital ad and also present in the TV data set). This is the overlapping area of the TV data **100** and the pixel data **102**. This data set is also referred to as Test Set, T.

Region 2. Unexposed data set. (device ID's present in the TV data that were not exposed to the digital ad.). This is the area of the TV data **100** that does not overlap with the pixel data **102**. A Control Set, C, is drawn from this data set.

Region 3: (device ID's that were exposed to the digital ad but are not present in the TV data.) This is the area of the pixel data **102** that does not overlap with the TV data **100**. This data set is not used in the analysis.

Scenario 2 is useful to capture data for the paradigm wherein devices are both receiving ad impressions and also being used to watch content. Mobile devices and certain home computers may be used in this manner, but even home TV's are now used for dual purposes, such as internet surfing where exposure to a digital ad campaign may occur, and regular TV viewing. This is in contrast to Scenario 1 which is useful to capture data for the paradigm wherein one device (e.g., a mobile device) is used to receive an ad impression, but content is watched on a different device (e.g., a home TV) and data is matched up via a common IP address.

A similar tune-in analysis is performed in Scenario 2, wherein the IP's in the tune-in analysis of Scenario 1 are replaced with device ID's. The same alternative embodiments described in STEPS 1 and 2 of Scenario 1 may be used for Scenario 2.

Scenario 3: Data Analysis Based on Similar Physical Addresses

A similar process as described above is also performed for the third set of TV data which includes a physical address and a device ID. Referring again to FIG. 1B, the regions are defined as follows:

Region 1: Exposed data set (physical addresses having a device ID exposed to the digital ad and also present in the TV data set). This is the overlapping area of the TV data **100** and the pixel data **102**. This data set is also referred to as Test Set, T.

Region 2. Unexposed data set. (physical addresses having device ID's present in the TV data that were not exposed to the digital ad.). This is the area of the TV data **100** that does not overlap with the pixel data **102**. A Control Set, C, is

8

drawn from this data set. However, in an alternative embodiment, the Control Set C may also include the overlapping Region 1, even though it includes a portion of the exposed data set.

Region 3: (physical addresses having device ID's that were exposed to the digital ad but are not present in the TV data.) This is the area of the pixel data **100** that does not overlap with the TV data **100**. This data set is not used in the analysis.

To implement Scenario 3, the third set of TV data in the first database **200** and the AV device identifier data in the second database **300** must be populated with physical address data, where available. Third-party sources exist for providing such data. For example, there are third-party data sources that know the physical address of a set-top box (for the monitored AV devices in the first database **200**) and the physical address of a mobile device, such as a mobile phone (for the AV devices in the second database **300** or the monitored AV devices of the first database **200**). Data analytics companies maintain "device graphs" which can bridge between device ID's, IP addresses, physical addresses, and the like. Device graphs are described in U.S. Patent Application Publication No. 2015/0370814 (Liodden et al.) assigned to TAPAD, Inc. Device graphs are well-known in the art and thus are not further described herein.

The same alternative embodiments described in STEPS 1 and 2 of Scenario 1 may be used for Scenario 3.

FIG. 3B shows a version of FIG. 3A that is populated with physical address data. If no physical address data is available, then the ad impression data is simply not used in the data matching process.

III. Additional Considerations

A. Correlation of IP Addresses with Device ID's

In many instances the tracking tag will report back an IP address that cannot be properly correlated with a monitored AV device. Consider the example of a mobile device that is not on a home wifi network because it is connected to a cellphone network through a data plan (e.g., Verizon LTE). In this instance, the reported IP address will be associated with the cellphone network operator and this IP address differs from any IP address that the mobile device user's home wifi network reports. Consider also another example of a mobile device that is connected to a wifi network outside of the user's home wifi network, such as at a commercial establishment (e.g., STARBUCKS) or a friend's home. Again, the reported IP address will differ from any IP address that the mobile device user's home wifi network reports. However, in both of these instances, the user may receive the ad impression and then go home and watch the TV show, but this data point will not automatically show up in the overlapping test because there are no matching IP addresses.

One way to address this problem is to maintain a database of IP addresses and likely associated device ID's. As discussed above, tracking tags may include the ability to request device ID's, as well as IP addresses. Rather than discard the device ID data, this data may be analyzed to identify IP addresses that are likely to be the device user's home wifi network. More specifically, the matching IP's of AV devices that received the ad impressions and which are in the overlapping Test set (T) may be used to build the database of device ID's and likely associated IP addresses. Then, if a device ID is reported back from a tracking tag, the IP address in this database is automatically associated with the ad impression data, in addition to, or in place of, the

US 9,838,755 B1

9

reported IP address, which may have come from a cellphone network, commercial establishment, or friend's home. The matching process then uses all of the associated IP addresses in looking for matches with the IP addresses of the monitored AV devices. Alternatively, the matching process only uses IP addresses that are in this "likely association" database. The device graphs referred to above may provide this type of information.

Referring to FIG. **5**, IP database **500** shows that two IP's in the overlapping set (9101 and 9102) correlate with respective device ID's 4450 and 4449 so these entries appear in the database **500**. Consider now an ad impression for show identifier 8866335 delivered at time t10 to a mobile device having AV device ID 4450 while the mobile device is at a neighbor's house using the neighbor's wifi having IP address 9222. The pixel data **102** will make a record for the IP address of the neighbor's wifi, as shown in FIG. **3**A for this ad campaign. However, as a result of a match from the IP database **500** regarding AV device ID 4450, the pixel data **102** will also make a record for the IP address 9101.

Referring now to FIG. **2**, a monitored AV device having an IP address 9101 indicates that a TV show having identifier 8866335 was tuned in at time t17. This entry is treated as a match for the ad impression delivered to device ID 4450 at time t10, even though the ad impression was originally detected from a different IP address, namely, the neighbor's IP address 9222.

Over an extended period of time, the IP database **500** will include a very high percentage of active AV devices, particularly, mobile AV devices, and thus regardless of where the ad impressions are received and what IP addresses are reported back from the tracking tags, the system will be capable of accurately correlating ad impressions for TV shows with subsequent viewing of the TV shows, when this occurs. This same process allow for more accurate building of Region 3 data in FIG. **1**B because the most relevant IP addresses associated with a device ID will be available for checking against the TV data **100**.

B. Out-of-Home Media Advertising

Out-of-home Media Advertising (also, known as "OOH advertising" or "outdoor advertising") is advertising that reaches the consumers while they are outside their homes. One form of OOH advertising delivers ad impressions via billboards or the like. The billboard typically has a fixed location, but may also be mobile in the case of a traveling billboard.

In one alternative embodiment of the present invention, the digital ad is electronically delivered to the billboard, and then a determination is made regarding whether a mobile AV device is sufficiently close (i.e., proximate) to the billboard so as to make a presumption that an ad impression was made on the user of the mobile AV device. In one embodiment, GPS locations of the billboard and mobile AV device are used to make this determination. If so, an entry is made in the second database **300** recording an ad impression for an identifier of the mobile AV device.

For the embodiment of a fixed location billboard, a table of locations (e.g., GPS coordinates) and ad campaigns are maintained in an OOH database **600** shown in FIG. **6**. If the billboard is electronic and is delivering a plurality of digital ad campaigns, a time value must be recorded as well. The OOH database **600** may be used in the same manner as described above to identify the appropriate IP address to associate with an AV device that is proximate to the billboard.

If the billboard is a traveling-type billboard, significantly more data points must be collected. However, in most

10

instances, the billboard will be stationary, and thus only one location needs to be maintained in the OOH database **600**.

The same attribution process is performed for the OOH advertising as described above with respect to digital ads delivered directly to an AV device. That is, the percentage of viewers who tuned into the TV show after receiving an ad impression is compared to a control group of viewers who did not receive an ad impression, and similar formulas as described above are used to create lift metrics for the OOH advertising. If a digital ad campaign includes digital ads delivered directly to an AV device and OOH advertising, the collected data points may be combined to obtain an overall lift metric, or lift metrics may be separately calculated for each type of ad delivery.

C. Audio-Only Work

While the present invention is described in the context of an audio-visual TV show, the same lift metrics may be applied to an audio-only show, such as a radio show (AM/FM or satellite radio) or an audio streaming service that delivers audio content to a user's device that is connected to a network (e.g., audio-only podcast), assuming that a digital device is used to receive the ad impression and play the audio show. The use of a digital device will usually allow an IP to be identified and captured, and thus the same process described above may be used.

D. Audio ACR for Capturing Viewed Content for Populating the First Database **200**

In some instances, the viewed content of a monitored AV device may not be available. For example, the tuned-in channel of the set-top box may not be available. In one alternative embodiment, an app on a user's mobile device automatically captures audio of a nearby TV (presumed to be the viewed content) and electronically communicates the audio data or fingerprints of the audio data to a search engine of a remote server which performs conventional automated content recognition (ACR) to detect the viewed content. Search engines that perform this type of recognition are well-known in the art and are incorporated into automated content recognition (ACR) systems. One type of ACR system having such a search engine uses audio fingerprints within video signals to perform the content recognition. One commercially available audio ACR system is made by Audible Magic Corporation, Los Gatos, Calif. Another commercially available audio ACR system is Gracenote Entourage™ commercially available from Gracenote, Inc., Emeryville, Calif. Other ACR systems are disclosed in U.S. Patent Nos. 2011/0289114 (Yu et al.), 2013/0071090 (Berkowitz et al.), and 2013/0205318 (Sinha et al.), each of which are incorporated by reference herein. Accordingly, the details of an audio ACR process for capturing viewed content is not further described.

Once the tuned-in show is identified, an entry is made in the first database **200**. A device graph may be used to identify the appropriate identifier of the monitored AV device by using the IP address and or device ID associated with the user's mobile device that captured the viewed content via the app on the mobile device.

E. Lift Metric Alternatives

In one preferred embodiment, the lift metric is $(T-C)/C$. However, the scope of the invention includes other lift metrics based on T and C. Different weightings may be also be added to T and C. Additional factors may also be part of the lift metric.

G. Multiple IP Addresses for a Single AV Device ID

Referring again to FIG. **5**, multiple IP addresses may be associated with an AV device ID. For example, a third-party entity that builds device graphs may learn that a particular

11

AV device, such as a mobile phone, is frequently used on two different wifi networks. If so, the AV device ID will include both IP addresses. One example of such a data record is shown in FIG. **5**. The data in FIG. **5** may be obtained from one or more device graphs, such as the one shown in FIG. **7**.

H. Tracking Tag Alternatives

In the preferred embodiment, tracking tags return IP addresses and device ID's (if available), and this data becomes the pixel data. However, in an alternative embodiment, the tracking tag may return other types of identifiers of AV devices that received the ad impression. As long as those identifiers can be matched up with identifiers associated with monitored AV devices, similar lift metric analysis can be performed in the same manner as described above. Device graphs may be useful for this purpose.

The present invention may be implemented with any combination of hardware and software. If implemented as a computer-implemented apparatus, the present invention is implemented using means for performing all of the steps and functions described above.

When implemented in software, the software code for the processor **804** can be executed on any suitable processor or collection of processors, whether provided in a single computer or distributed among multiple computers.

The present invention can also be included in an article of manufacture (e.g., one or more non-transitory, tangible computer program products) having, for instance, computer readable storage media. The storage media has computer readable program code stored therein that is encoded with instructions for execution by a processor for providing and facilitating the mechanisms of the present invention. The article of manufacture can be included as part of a computer system or sold separately.

The storage media can be any known media, such as computer memory, one or more floppy discs, compact discs, optical discs, magnetic tapes, flash memories, circuit configurations in Field Programmable Gate Arrays or other semiconductor devices, or other tangible computer storage medium. The storage media can be transportable, such that the program or programs stored thereon can be loaded onto one or more different computers or other processors to implement various aspects of the present invention as discussed above.

The computer(s) used herein for the server **802** and its processor **804** may be embodied in any of a number of forms, such as a rack-mounted computer or a desktop computer.

The databases **200**, **300**, **500** and **600** may be interconnected with the server **802** by one or more networks in any suitable form, including as a local area network or a wide area network, such as an enterprise network or the Internet. Such networks may be based on any suitable technology and may operate according to any suitable protocol and may include wireless networks, wired networks or fiber optic networks.

The various methods or processes outlined herein may be coded as software that is executable on one or more processors that employ any one of a variety of operating systems or platforms. Additionally, such software may be written using any of a number of suitable programming languages and/or programming or scripting tools, and also may be compiled as executable machine language code or intermediate code that is executed on a framework or virtual machine.

The terms "program" or "software" are used herein in a generic sense to refer to any type of computer code or set of

12

computer-executable instructions that can be employed to program a computer or other processor to implement various aspects of the present invention as discussed above. The computer program need not reside on a single computer or processor, but may be distributed in a modular fashion amongst a number of different computers or processors to implement various aspects of the present invention.

Computer-executable instructions may be in many forms, such as program modules, executed by one or more computers or other devices. Generally, program modules include routines, programs, objects, components, data structures, and the like, that perform particular tasks or implement particular abstract data types. The functionality of the program modules may be combined or distributed as desired in various embodiments.

Data structures may be stored in computer-readable media in any suitable form. For simplicity of illustration, data structures may be shown to have fields that are related through location in the data structure. Such relationships may likewise be achieved by assigning storage for the fields with locations in a computer-readable medium that conveys relationship between the fields. However, any suitable mechanism may be used to establish a relationship between information in fields of a data structure, including through the use of pointers, tags, or other mechanisms that establish relationship between data elements.

Preferred embodiments of the present invention may be implemented as methods, of which examples have been provided. The acts performed as part of the methods may be ordered in any suitable way. Accordingly, embodiments may be constructed in which acts are performed in an order different than illustrated, which may include performing some acts simultaneously, even though such acts are shown as being sequentially performed in illustrative embodiments.

It will be appreciated by those skilled in the art that changes could be made to the embodiments described above without departing from the broad inventive concept thereof. It is understood, therefore, that this invention is not limited to the particular embodiments disclosed, but it is intended to cover modifications within the spirit and scope of the present invention.

What is claimed is:

1. An automated method for determining a lift metric regarding effectiveness of a digital ad campaign for an audio-visual work on subsequent viewership of the audio-visual work, the method comprising:

(a) electronically collecting and storing, in a first database that is in communication with a server, data records of monitored audio-visual devices that include:

(i) unique identifiers associated with a universe of monitored audio-visual devices,

(ii) audio-visual content played by the universe of monitored audio-visual devices, including content identifiers of the played audio-visual content, and

(iii) time of the played audio-visual content;

(b) receiving, at the server, and electronically storing, in a second database that is in communication with the server, data records of digital ad campaign data that includes:

(i) a content identifier of the digital ad,

(ii) unique identifiers of devices that electronically received the digital ads, and

(iii) time of electronic delivery of the digital ad to the respective devices;

(c) identifying, by the server in a matching engine of the server that is in communication with the first and second database:

US 9,838,755 B1

13

(i) a first set of unique identifiers of monitored audio-visual devices that match the unique identifiers of the devices that electronically received the digital ads, and

(ii) a second set of unique identifiers of monitored audio-visual devices that do not match the unique identifiers of any of the devices that electronically received the digital ads; and

(d) calculating, by the server, using the content identifier of the played audio-visual content and the time of the played audio-visual content, and the content identifier of the digital ad and the time of electronic delivery of the digital ad:

(i) a percentage, T, of a subset of the first set of unique identifiers associated with monitored audio-visual devices that played the audio-visual content associated with the digital ad after the digital ad was delivered,

(ii) a percentage, C, of a subset of the second set of unique identifiers associated with the monitored audio-visual devices that played the audio-visual content associated with the digital ad, and

(iii) a lift metric, based on at least T and C, regarding effectiveness of the digital ad campaign for an audio-visual work on subsequent viewership of the audio-visual work, wherein the higher the lift metric, the more effective the digital ad campaign.

2. The method of claim 1 wherein the unique identifiers of the monitored audio-visual devices and the devices that electronically received the digital ads are IP addresses associated with the devices.

3. The method of claim 2 wherein the IP addresses for at least some of the devices that electronically received the digital ads are obtained by associating device identifiers of the devices with previously designated IP addresses for the respective devices.

4. The method of claim 1 wherein the lift metric is (T−C)/C.

5. The method of claim 1 wherein the unique identifiers of the monitored audio-visual devices and the devices that electronically received the digital ads are device identifiers associated with the devices.

6. The method of claim 1 wherein the subset of the first set of unique identifiers associated with monitored audio-visual devices includes the entire first set of unique identifiers.

7. The method of claim 1 wherein the subset of the first set of unique identifiers associated with monitored audio-visual devices is a randomly selected from the first set of unique identifiers.

8. The method of claim 1 wherein the subset of the second set of unique identifiers associated with monitored audio-visual devices is randomly selected from the second set of unique identifiers.

9. The method of claim 1 wherein the subset of the second set of unique identifiers associated with monitored audio-visual devices is randomly selected from the second set of unique identifiers and is equal in sample size to the entire first set of unique identifiers.

10. The method of claim 1 wherein further comprising:

(f) embedding a tracking tag in the digital ad for the audio-visual work to be delivered to a plurality of devices that electronically received the digital ads, the tracking tag configured to automatically report to the server the data in the second database.

14

11. The method of claim 1 wherein the devices that electronically receive the digital ads are mobile audio-visual devices.

12. The method of claim 1 wherein the audio-visual work is a TV show.

13. A system for determining a lift metric regarding effectiveness of a digital ad campaign for an audio-visual work on subsequent viewership of the audio-visual work, the system comprising:

(a) a first database that receives and maintains data records of monitored audio-visual devices that include:

(i) unique identifiers associated with a universe of monitored audio-visual devices,

(ii) audio-visual content played by the universe of monitored audio-visual devices, including content identifiers of the played audio-visual content, and

(iii) time of the played audio-visual content;

(b) a second database that receives and maintains data records of digital ad campaign data that includes:

(i) a content identifier of the digital ad,

(ii) unique identifiers of devices that electronically received the digital ads, and

(iii) time of electronic delivery of the digital ad to the respective devices; and

(c) a server in electronic communication with the first and second databases identifying, the server including a matching engine configured to identify:

(i) a first set of unique identifiers of monitored audio-visual devices that match the unique identifiers of the devices that electronically received the digital ads, and

(ii) a second set of unique identifiers of monitored audio-visual devices that do not match the unique identifiers of any of the devices that electronically received the digital ads,

wherein the server is further configured to calculate, using the content identifier of the played audio-visual content and the time of the played audio-visual content, and the content identifier of the digital ad and the time of electronic delivery of the digital ad:

(i) a percentage, T, of a subset of the first set of unique identifiers associated with monitored audio-visual devices that played the audio-visual content associated with the digital ad after the digital ad was delivered,

(ii) a percentage, C, of a subset of the second set of unique identifiers associated with the monitored audio-visual devices that played the audio-visual content associated with the digital ad, and

(iii) a lift metric, based on at least T and C, regarding effectiveness of the digital ad campaign for an audio-visual work on subsequent viewership of the audio-visual work, wherein the higher the lift metric, the more effective the digital ad campaign.

14. The system of claim 13 wherein the unique identifiers of the monitored audio-visual devices and the devices that electronically received the digital ads are IP addresses associated with the devices.

15. The system of claim 14 wherein the IP addresses for at least some of the devices that electronically received the digital ads are obtained by associating device identifiers of the devices with previously designated IP addresses for the respective devices.

16. The system of claim 13 wherein the lift metric is (T−C)/C.

US 9,838,755 B1

15

**17**. The system of claim **13** wherein the unique identifiers of the monitored audio-visual devices and the devices that electronically received the digital ads are device identifiers associated with the devices.

**18**. The system of claim **13** wherein the subset of the first set of unique identifiers associated with monitored audio-visual devices includes the entire first set of unique identifiers.

**19**. The method of claim **13** wherein the subset of the first set of unique identifiers associated with monitored audio-visual devices is a randomly selected from the first set of unique identifiers.

**20**. The system of claim **13** wherein the subset of the second set of unique identifiers associated with monitored audio-visual devices is randomly selected from the second set of unique identifiers.

**21**. The system of claim **13** wherein the subset of the second set of unique identifiers associated with monitored audio-visual devices is randomly selected from the second set of unique identifiers and is equal in sample size to the entire first set of unique identifiers.

**22**. The system of claim **13** further comprising:

(d) a tracking tag embedded in the digital ad for the audio-visual work to be delivered to a plurality of devices that electronically received the digital ads, the tracking tag configured to automatically report to the server the data in the second database.

**23**. The system of claim **13** wherein the devices that electronically receive the digital ads are mobile audio-visual devices.

**24**. The system of claim **13** wherein the audio-visual work is a TV show.

**25**. An automated method for determining a lift metric regarding effectiveness of a digital ad campaign for an audio-visual work on subsequent viewership of the audio-visual work, the method comprising:

(a) electronically collecting and storing, in a first database that is in communication with a server, data records of monitored audio-visual devices that include:

(i) unique identifiers associated with a universe of monitored audio-visual devices,

(ii) audio-visual content played by the universe of monitored audio-visual devices, including content identifiers of the played audio-visual content, and

(iii) time of the played audio-visual content;

(b) receiving, at the server, and electronically storing, in a second database that is in communication with the server, data records of digital ad campaign data that includes:

(i) a content identifer of the digital ad,

(ii) unique identifiers of devices that are proximate to a device that electronically received the digital ads, and

16

(iii) time of electronic delivery of the digital ad to the respective devices;

(c) identifying, by the server in a matching engine of the server that is in communication with the first and second database:

(i) a first set of unique identifiers of monitored audio-visual devices that match the unique identifiers of the devices that electronically received the digital ads,

(ii) a second set of unique identifiers of monitored audio-visual devices that do not match the unique identifiers of any of the devices that electronically received the digital ads; and

(d) calculating, by the server, using the content identifier of the played audio-visual content and the time of the played audio-visual content, and the content identifier of the digital ad and the time of electronic delivery of the digital ad:

(i) a percentage, T, of a subset of the first set of unique identifiers associated with monitored audio-visual devices that played the audio-visual content associated with the digital ad after the digital ad was delivered,

(ii) a percentage, C, of a subset of the second set of unique identifiers associated with the monitored audio-visual devices that played the audio-visual content associated with the digital ad, and

(iii) a lift metric, based on at least T and C, regarding effectiveness of the digital ad campaign for an audio-visual work on subsequent viewership of the audio-visual work, wherein the higher the lift metric, the more effective the digital ad campaign.

**26**. The method of claim **25** wherein the devices that are proximate to the device that electronically received the digital ads are mobile audio-visual devices, and the device that electronically received the digital ad is an out of home advertising device having an associated location, the method further comprising:

(e) electronically comparing the location of the out of home advertising device with a location of the mobile audio-visual devices to determine if any of the mobile audio-visual devices were proximate to the out of home advertising device, wherein the digital ad is presumed to be electronically delivered to the mobile audio-visual device when the two locations are proximate to one another.

**27**. The method of claim **26** wherein the location of the out of home advertising device is fixed.

**28**. The method of claim **25** wherein the lift metric is (T−C)/C.

**29**. The method of claim **25** wherein the audio-visual work is a TV show.

*   *   *   *   *

# EXHIBIT B

US008677384B2

(12) **United States Patent**
Gray et al.

(10) **Patent No.:**      **US 8,677,384 B2**
(45) **Date of Patent:**      **Mar. 18, 2014**

(54) **METHODS AND SYSTEMS FOR NETWORK BASED CAPTURE OF TELEVISION VIEWER GENERATED CLICKSTREAMS**

(75) Inventors: **James Harold Gray**, Ellijay, GA (US); **Thomas Jefferson Brothers**, Gainesville, GA (US)

(73) Assignee: **AT&T Intellectual Property I, L.P.**, Atlanta, GA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1946 days.

(21) Appl. No.: **10/735,346**

(22) Filed: **Dec. 12, 2003**

(65) **Prior Publication Data**

US 2005/0132419 A1      Jun. 16, 2005

(51) **Int. Cl.**
| | |
|---|---|
| *H04H 60/33* | (2008.01) |
| *H04H 60/45* | (2008.01) |
| *H04N 5/445* | (2011.01) |
| *G06F 3/00* | (2006.01) |
| *G06F 13/00* | (2006.01) |

(52) **U.S. Cl.**
USPC ......... **725/9**; 725/10; 725/11; 725/35; 725/46

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 677,209 | A | 6/1901 | Chernock et al. |
| 3,798,610 | A | 3/1974 | Bliss et al. |
| 3,886,302 | A | 5/1975 | Kosco |
| 4,130,833 | A | 12/1978 | Chomet |
| 4,258,386 | A | 3/1981 | Cheung |
| 4,361,851 | A | 11/1982 | Asip et al. |

| | | | |
|---|---|---|---|
| 4,488,179 | A | 12/1984 | Kruger et al. |
| 4,566,030 | A | 1/1986 | Nickerson et al. |
| 4,567,591 | A | 1/1986 | Gray et al. |
| 4,598,288 | A | 7/1986 | Yarbrough et al. |
| 4,602,279 | A | 7/1986 | Freeman |
| 4,688,248 | A | 8/1987 | Tomizawa |
| 4,689,661 | A | 8/1987 | Barbieri et al. |
| 4,697,209 | A | 9/1987 | Kiewitt et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 424 648 | 2/1991 |
| EP | 0 424 648 A | 2/1991 |

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 09/799,306, filed Jan. 6, 1997, Grauch.

(Continued)

*Primary Examiner* — Nasser Goodarzi
*Assistant Examiner* — Fred Peng
(74) *Attorney, Agent, or Firm* — Scott P. Zimmerman, PLLC

(57) **ABSTRACT**

Methods and systems provide clickstream captures at a remote component, such as a video control system of a television network, by receiving user commands generated by the viewer that are sent to the remote component concurrently relative to when they are generated by the viewer. The commands are captured and then information related to these commands is stored remotely from the premises of the viewer. Additionally, the user commands may be executed remotely such as at a video control system of a television network or alternatively may be executed at the premises of the viewer such as within a set top box. Information related to these user commands continues to be stored remotely from the premises of the viewer after the user commands have been executed such that the information related to these user commands can be processed as necessary and used for various purposes.

**23 Claims, 3 Drawing Sheets**



**US 8,677,384 B2**

Page 2

(56)           **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,698,670 A | 10/1987 | Matty |
| 4,720,873 A | 1/1988 | Goodman et al. |
| 4,816,904 A | 3/1989 | McKenna et al. |
| 4,885,632 A | 12/1989 | Mabey et al. |
| 4,890,322 A | 12/1989 | Russell, Jr. |
| 4,912,552 A | 3/1990 | Allison, III et al. |
| 5,010,585 A | 4/1991 | Garcia |
| 5,038,211 A | 8/1991 | Hallenbeck |
| 5,046,090 A | 9/1991 | Walker et al. |
| 5,046,092 A | 9/1991 | Walker et al. |
| 5,055,924 A | 10/1991 | Skutta |
| 5,173,900 A | 12/1992 | Miller et al. |
| 5,191,645 A | 3/1993 | Carlucci et al. |
| 5,208,665 A | 5/1993 | McCalley et al. |
| 5,247,347 A | 9/1993 | Litteral et al. |
| 5,249,044 A | 9/1993 | VonKohorn |
| 5,251,324 A | 10/1993 | McMullan, Jr. |
| 5,287,181 A | 2/1994 | Holman |
| 5,335,277 A | 8/1994 | Harvey et al. |
| 5,339,315 A | 8/1994 | Maeda et al. |
| 5,343,240 A | 8/1994 | Yu |
| 5,357,276 A | 10/1994 | Banker et al. |
| 5,374,951 A | 12/1994 | Welsh |
| 5,382,970 A | 1/1995 | Kiefl |
| 5,389,964 A | 2/1995 | Oberle |
| 5,404,393 A | 4/1995 | Remillard |
| 5,410,326 A | 4/1995 | Goldstein |
| 5,410,344 A | 4/1995 | Graves |
| 5,436,653 A | 7/1995 | Ellis et al. |
| 5,440,334 A | 8/1995 | Walters et al. |
| 5,444,499 A | 8/1995 | Saitoh |
| 5,446,490 A | 8/1995 | Blahut et al. |
| 5,446,919 A | 8/1995 | Wilkins |
| 5,481,294 A | 1/1996 | Thomas et al. |
| 5,497,185 A | 3/1996 | Dufresne et al. |
| 5,500,681 A | 3/1996 | Jones |
| 5,504,519 A | 4/1996 | Remillard |
| 5,532,732 A | 7/1996 | Yuen et al. |
| 5,532,735 A | 7/1996 | Blahut et al. |
| 5,534,911 A | 7/1996 | Levitan |
| 5,537,143 A | 7/1996 | Steingold et al. |
| 5,559,548 A | 9/1996 | Davis et al. |
| 5,579,124 A | 11/1996 | Aijala et al. |
| 5,585,838 A | 12/1996 | Lawler et al. |
| 5,585,865 A | 12/1996 | Amano |
| 5,589,892 A | 12/1996 | Knee et al. |
| 5,596,994 A | 1/1997 | Bro |
| 5,600,364 A | 2/1997 | Hendricks |
| 5,600,366 A | 2/1997 | Schulman |
| 5,606,359 A | 2/1997 | Youden et al. |
| 5,606,602 A | 2/1997 | Johnson et al. |
| 5,608,448 A | 3/1997 | Smoral et al. |
| 5,619,247 A | 4/1997 | Russo |
| 5,630,119 A | 5/1997 | Aristides |
| 5,659,350 A | 8/1997 | Hendricks |
| 5,661,516 A | 8/1997 | Carles |
| 5,710,815 A | 1/1998 | Ming et al. |
| 5,721,827 A | 2/1998 | Logan et al. |
| 5,724,521 A | 3/1998 | Dedrick |
| 5,724,525 A | 3/1998 | Beyers, II et al. |
| 5,724,607 A | 3/1998 | Brandt |
| 5,740,549 A | 4/1998 | Reilly et al. |
| 5,752,159 A | 5/1998 | Faust et al. |
| 5,754,393 A | 5/1998 | Herz |
| 5,754,775 A | 5/1998 | Adamson et al. |
| 5,754,939 A | 5/1998 | Herz |
| 5,758,257 A | 5/1998 | Herz |
| 5,758,259 A | 5/1998 | Lawler |
| 5,774,170 A | 6/1998 | Hite et al. |
| 5,778,182 A | 7/1998 | Cathey et al. |
| 5,794,210 A | 8/1998 | Goldhaber et al. |
| 5,796,952 A | 8/1998 | Davis et al. |
| 5,798,785 A | 8/1998 | Hendricks et al. |
| 5,809,481 A | 9/1998 | Baron et al. |
| 5,818,438 A | 10/1998 | Howe |
| 5,838,314 A | 11/1998 | Neel |
| 5,848,396 A | 12/1998 | Gerace |
| 5,848,397 A | 12/1998 | Marsh et al. |
| 5,850,249 A | 12/1998 | Massetti et al. |
| 5,850,447 A | 12/1998 | Peyret |
| 5,854,897 A | 12/1998 | Radziewicz et al. |
| 5,861,906 A | 1/1999 | Dunn |
| 5,867,226 A | 2/1999 | Wehmeyer et al. |
| 5,872,588 A | 2/1999 | Aras et al. |
| 5,872,834 A | 2/1999 | Teitelbaum et al. |
| 5,883,942 A | 3/1999 | Lim et al. |
| 5,892,508 A | 4/1999 | Howe |
| 5,892,536 A | 4/1999 | Logan |
| 5,901,209 A | 5/1999 | Tannhenbaum et al. |
| 5,917,481 A | 6/1999 | Rzeszewski |
| 5,931,908 A | 8/1999 | Gerba et al. |
| 5,945,988 A | 8/1999 | Williams et al. |
| 5,946,636 A | 8/1999 | Uyeno et al. |
| 5,948,061 A | 9/1999 | Merriman et al. |
| 5,973,683 A | 10/1999 | Cragun |
| 5,983,227 A | 11/1999 | Nazem |
| 5,991,735 A | 11/1999 | Gerace |
| 5,991,799 A | 11/1999 | Yen et al. |
| 6,002,393 A | 12/1999 | Hite |
| 6,005,597 A | 12/1999 | Barrett |
| 6,026,368 A | 2/2000 | Brown et al. |
| 6,029,045 A | 2/2000 | Picco et al. |
| 6,029,195 A | 2/2000 | Herz |
| 6,076,094 A | 6/2000 | Cohen |
| 6,081,840 A | 6/2000 | Zhao |
| 6,100,916 A | 8/2000 | August |
| 6,119,098 A | 9/2000 | Guyot et al. |
| 6,128,009 A | 10/2000 | Ohkura et al. |
| 6,134,531 A | 10/2000 | Trewitt et al. |
| 6,134,532 A | 10/2000 | Lazarus |
| 6,160,570 A | 12/2000 | Sitnik |
| 6,163,644 A | 12/2000 | Owashi et al. |
| 6,172,674 B1 | 1/2001 | Etheridge |
| 6,177,931 B1 | 1/2001 | Alexander et al. |
| D437,879 S | 2/2001 | Weinandt |
| 6,185,614 B1 | 2/2001 | Cuomo |
| 6,199,076 B1 | 3/2001 | Logan et al. |
| 6,202,210 B1 | 3/2001 | Ludtke |
| 6,226,618 B1 | 5/2001 | Downs et al. |
| 6,235,975 B1 | 5/2001 | Boe et al. |
| 6,252,586 B1 | 6/2001 | Freeman et al. |
| 6,253,189 B1 | 6/2001 | Feezell et al. |
| 6,279,157 B1 | 8/2001 | Takasu |
| 6,282,713 B1 | 8/2001 | Kitsukawa |
| 6,286,042 B1 | 9/2001 | Hasselberg et al. |
| 6,292,549 B1 | 9/2001 | Lung et al. |
| 6,304,644 B2 | 10/2001 | Karnowski |
| 6,310,943 B1 | 10/2001 | Kowlaski |
| 6,314,568 B1 | 11/2001 | Ochiai |
| 6,314,577 B1 | 11/2001 | Pocock |
| 6,317,488 B1 | 11/2001 | DePond et al. |
| 6,324,271 B1 | 11/2001 | Sawyer et al. |
| 6,327,574 B1 | 12/2001 | Kramer et al. |
| 6,332,021 B2 | 12/2001 | Latter et al. |
| 6,338,043 B1 | 1/2002 | Miller |
| 6,339,639 B1 | 1/2002 | Henderson |
| 6,341,161 B1 | 1/2002 | Latter et al. |
| 6,345,187 B1 | 2/2002 | Berthoud et al. |
| 6,345,256 B1 | 2/2002 | Milsted et al. |
| 6,351,637 B1 | 2/2002 | Lee |
| 6,353,929 B1 | 3/2002 | Houston |
| 6,366,772 B1 | 4/2002 | Arnson |
| 6,397,057 B1 | 5/2002 | Malackowski et al. |
| 6,400,408 B1 | 6/2002 | Berger |
| 6,408,437 B1 | 6/2002 | Hendricks et al. |
| 6,427,003 B1 | 7/2002 | Corbett |
| 6,434,747 B1 | 8/2002 | Khoo et al. |
| 6,438,216 B1 | 8/2002 | Aktas |
| 6,442,262 B1 | 8/2002 | Moss et al. |
| 6,442,263 B1 | 8/2002 | Beaton et al. |
| 6,445,781 B1 | 9/2002 | Heinmiller et al. |
| 6,446,261 B1 | 9/2002 | Rosser |
| 6,457,010 B1 | 9/2002 | Eldering |
| 6,463,468 B1 | 10/2002 | Buch |

**US 8,677,384 B2**

Page 3

(56)        **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,463,585 | B1 | 10/2002 | Hendricks et al. |
| 6,477,704 | B1 | 11/2002 | Cremia |
| 6,480,589 | B1 | 11/2002 | Lee et al. |
| 6,487,538 | B1 | 11/2002 | Gupta et al. |
| 6,493,439 | B2 | 12/2002 | Lung et al. |
| 6,496,569 | B2 | 12/2002 | Pelletier et al. |
| 6,496,571 | B1 | 12/2002 | Wilson |
| 6,496,818 | B1 | 12/2002 | Ponte |
| 6,498,841 | B2 | 12/2002 | Bull et al. |
| 6,505,348 | B1 | 1/2003 | Knowles |
| 6,507,839 | B1 | 1/2003 | Ponte |
| 6,510,417 | B1 | 1/2003 | Woods |
| 6,529,591 | B1 | 3/2003 | Dosani et al. |
| 6,530,082 | B1 | 3/2003 | DelSesto et al. |
| 6,542,583 | B1 | 4/2003 | Taylor |
| 6,542,591 | B1 | 4/2003 | Amro et al. |
| 6,546,092 | B2 | 4/2003 | Corbett et al. |
| 6,553,110 | B1 | 4/2003 | Peng |
| 6,553,178 | B2 | 4/2003 | Abecassis |
| 6,560,317 | B1 | 5/2003 | Quagliana |
| 6,560,327 | B1 | 5/2003 | McConnell |
| 6,570,971 | B2 | 5/2003 | Latter et al. |
| 6,571,344 | B1 | 5/2003 | Sitnik |
| 6,574,319 | B2 | 6/2003 | Latter et al. |
| 6,584,490 | B1 | 6/2003 | Schuster et al. |
| 6,631,181 | B1 | 10/2003 | Bates et al. |
| 6,631,360 | B1 | 10/2003 | Cook |
| 6,639,979 | B1 | 10/2003 | Kim |
| 6,647,548 | B1 | 11/2003 | Lu et al. |
| 6,650,743 | B2 | 11/2003 | Heinmiller et al. |
| 6,675,383 | B1 | 1/2004 | Wheeler et al. |
| 6,698,020 | B1 | 2/2004 | Zigmond et al. |
| 6,714,992 | B1 | 3/2004 | Kanojia et al. |
| 6,718,021 | B2 | 4/2004 | Crockett et al. |
| 6,718,551 | B1 | 4/2004 | Swix et al. |
| 6,728,355 | B2 | 4/2004 | Kowalski |
| 6,731,727 | B2 | 5/2004 | Corbett et al. |
| 6,738,978 | B1 | 5/2004 | Hendricks et al. |
| 6,748,058 | B1 | 6/2004 | Schwend et al. |
| 6,748,068 | B1 | 6/2004 | Walsh et al. |
| 6,757,691 | B1 | 6/2004 | Welsh et al. |
| 6,766,003 | B2 | 7/2004 | Moss et al. |
| 6,766,524 | B1 | 7/2004 | Matheny et al. |
| D494,953 | S | 8/2004 | Leung |
| 6,771,754 | B2 | 8/2004 | Pelletier et al. |
| 6,771,755 | B1 | 8/2004 | Simpson |
| 6,772,209 | B1 | 8/2004 | Chernock |
| 6,785,301 | B1 | 8/2004 | Chapman et al. |
| 6,785,368 | B1 | 8/2004 | Eason et al. |
| 6,798,879 | B1 | 9/2004 | Beham |
| 6,807,267 | B2 | 10/2004 | Moss et al. |
| 6,810,115 | B2 | 10/2004 | Fukuda |
| 6,810,527 | B1 | 10/2004 | Conrad et al. |
| 6,816,481 | B1 | 11/2004 | Adams et al. |
| 6,826,271 | B1 | 11/2004 | Kanabar et al. |
| 6,831,974 | B1 | 12/2004 | Watson et al. |
| 6,845,151 | B2 | 1/2005 | Peng |
| 6,845,398 | B1 | 1/2005 | Kanojia et al. |
| 6,850,988 | B1 | 2/2005 | Reed |
| 6,950,804 | B2 | 9/2005 | Strietzel |
| 6,970,641 | B1 | 11/2005 | Pierre |
| 6,976,268 | B2 | 12/2005 | Courtney |
| 6,983,478 | B1 | 1/2006 | Grauch et al. |
| 6,985,882 | B1 | 1/2006 | Del Sesto |
| 7,000,245 | B1 | 2/2006 | Pierre |
| 7,010,492 | B1 | 3/2006 | Bassett et al. |
| 7,020,336 | B2 | 3/2006 | Cohen-Solal |
| 7,020,652 | B2 | 3/2006 | Matz |
| 7,039,599 | B2 | 5/2006 | Merriman |
| 7,039,932 | B2 | 5/2006 | Eldering |
| 7,086,075 | B2 | 8/2006 | Swix |
| 7,100,183 | B2 | 8/2006 | Kunkel et al. |
| 7,212,979 | B1 * | 5/2007 | Matz et al. ...................... 705/1 |
| 7,260,823 | B2 | 8/2007 | Schlack et al. |
| 7,269,835 | B2 | 9/2007 | Swix |

| | | | |
|---|---|---|---|
| 7,343,354 | B2 | 3/2008 | Hennessey |
| 7,441,260 | B1 | 10/2008 | Kurapati |
| 7,444,658 | B1 | 10/2008 | Matz |
| 7,587,323 | B2 | 9/2009 | Matz |
| 7,587,732 | B2 | 9/2009 | Wright et al. |
| 7,593,858 | B2 | 9/2009 | Matz |
| 7,617,508 | B2 | 11/2009 | Gray |
| 7,661,118 | B2 | 2/2010 | Matz |
| 2001/0004733 | A1 | 6/2001 | Eldering |
| 2002/0004382 | A1 | 1/2002 | Cox et al. |
| 2002/0009184 | A1 | 1/2002 | Shnier |
| 2002/0013757 | A1 | 1/2002 | Bykowsky |
| 2002/0016748 | A1 | 2/2002 | Emodi et al. |
| 2002/0016964 | A1 | 2/2002 | Aratani et al. |
| 2002/0032906 | A1 | 3/2002 | Grossman |
| 2002/0035600 | A1 | 3/2002 | Ullman et al. |
| 2002/0046099 | A1 | 4/2002 | Frengut et al. |
| 2002/0049631 | A1 | 4/2002 | Williams |
| 2002/0049967 | A1 | 4/2002 | Haseltine et al. |
| 2002/0056109 | A1 | 5/2002 | Tomsen |
| 2002/0056118 | A1 | 5/2002 | Hunter et al. |
| 2002/0078443 | A1 | 6/2002 | Gadkari et al. |
| 2002/0083441 | A1 | 6/2002 | Flickinger et al. |
| 2002/0087573 | A1 | 7/2002 | Reuning et al. |
| 2002/0090933 | A1 | 7/2002 | Rouse et al. |
| 2002/0092017 | A1 | 7/2002 | Klosterman et al. |
| 2002/0100064 | A1 * | 7/2002 | Ward et al. ..................... 725/144 |
| 2002/0122401 | A1 | 9/2002 | Xiang et al. |
| 2002/0123928 | A1 | 9/2002 | Eldering et al. |
| 2002/0133817 | A1 | 9/2002 | Markel |
| 2002/0143647 | A1 | 10/2002 | Headings et al. |
| 2002/0157108 | A1 | 10/2002 | Kitsukawa et al. |
| 2002/0157109 | A1 | 10/2002 | Nakano et al. |
| 2002/0169709 | A1 | 11/2002 | Kitayama |
| 2002/0183098 | A1 | 12/2002 | Lee et al. |
| 2002/0191755 | A1 | 12/2002 | Lew et al. |
| 2002/0199197 | A1 | 12/2002 | Winter |
| 2003/0003990 | A1 | 1/2003 | Von Kohorn |
| 2003/0028432 | A1 | 2/2003 | Troyansky et al. |
| 2003/0028873 | A1 | 2/2003 | Lemmons |
| 2003/0050100 | A1 | 3/2003 | Dent |
| 2003/0067554 | A1 | 4/2003 | Klarfield |
| 2003/0092384 | A1 | 5/2003 | Ross, III |
| 2003/0093792 | A1 | 5/2003 | Labeeb et al. |
| 2003/0095650 | A1 | 5/2003 | Mize |
| 2003/0108184 | A1 | 6/2003 | Brown et al. |
| 2003/0110489 | A1 | 6/2003 | Gudorf et al. |
| 2003/0110497 | A1 | 6/2003 | Yassin et al. |
| 2003/0115597 | A1 | 6/2003 | Yassin et al. |
| 2003/0148758 | A1 | 8/2003 | McMullin |
| 2003/0149975 | A1 | 8/2003 | Eldering et al. |
| 2003/0172374 | A1 | 9/2003 | Vinson et al. |
| 2004/0125929 | A1 | 7/2004 | Pope |
| 2004/0128682 | A1 | 7/2004 | Liga et al. |
| 2004/0133467 | A1 | 7/2004 | Siler |
| 2004/0163101 | A1 | 8/2004 | Swix |
| 2004/0193483 | A1 | 9/2004 | Wolan |
| 2004/0194131 | A1 | 9/2004 | Ellis et al. |
| 2004/0248560 | A1 | 12/2004 | Bedingfield et al. |
| 2004/0261127 | A1 | 12/2004 | Freeman et al. |
| 2005/0060759 | A1 | 3/2005 | Rowe et al. |
| 2005/0071863 | A1 | 3/2005 | Matz |
| 2005/0084084 | A1 | 4/2005 | Cook et al. |
| 2005/0132419 | A1 | 6/2005 | Gray |
| 2005/0137958 | A1 | 6/2005 | Huber et al. |
| 2005/0235318 | A1 | 10/2005 | Grauch |
| 2005/0251820 | A1 | 11/2005 | Stefanik |
| 2005/0278741 | A1 | 12/2005 | Robarts et al. |
| 2005/0283401 | A1 | 12/2005 | Swix |
| 2005/0283792 | A1 | 12/2005 | Swix |
| 2006/0031882 | A1 | 2/2006 | Swix |
| 2006/0075456 | A1 | 4/2006 | Gray |
| 2006/0106710 | A1 | 5/2006 | Meek et al. |
| 2006/0161952 | A1 | 7/2006 | Herz et al. |
| 2006/0253884 | A1 | 11/2006 | Gray |
| 2006/0271438 | A1 | 11/2006 | Shotland et al. |
| 2006/0271552 | A1 | 11/2006 | McChesney et al. |
| 2006/0288367 | A1 | 12/2006 | Swix |
| 2007/0038514 | A1 | 2/2007 | Patterson et al. |

**US 8,677,384 B2**

Page 4

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| 2007/0083885 | A1 | 4/2007 | Harding |
| 2007/0226761 | A1 | 9/2007 | Zalewski et al. |
| 2007/0250846 | A1 | 10/2007 | Swix |
| 2007/0255622 | A1 | 11/2007 | Swix |
| 2008/0004962 | A1 | 1/2008 | Muthukrishnan et al. |
| 2008/0104634 | A1 | 5/2008 | Gajdos et al. |
| 2008/0147497 | A1 | 6/2008 | Tischer |
| 2008/0148311 | A1 | 6/2008 | Tischer |
| 2008/0167943 | A1 | 7/2008 | O'Neil |
| 2008/0263586 | A1 | 10/2008 | Thomas |
| 2009/0292703 | A1 | 11/2009 | Matz |
| 2010/0083298 | A1 | 4/2010 | Swix |
| 2010/0100435 | A1 | 4/2010 | Matz |
| 2010/0191601 | A1 | 7/2010 | Matz |
| 2010/0257037 | A1 | 10/2010 | Matz |

FOREIGN PATENT DOCUMENTS

| EP | | 1162840 A2 | 12/2001 |
| WO | | WO 9222983 | 12/1992 |
| WO | | WO 94 17609 | 8/1994 |
| WO | | WO 96 07270 | 3/1996 |
| WO | | WO 9831114 | 7/1998 |
| WO | | WO 99 04561 | 1/1999 |
| WO | | WO 99 04561 A | 1/1999 |
| WO | | WO 99 45702 A | 9/1999 |
| WO | | WO 99 45702 | 10/1999 |
| WO | | WO 99 52285 | 10/1999 |
| WO | | WO 99 52285 A | 10/1999 |
| WO | | WO 0147156 | 6/2001 |

OTHER PUBLICATIONS

U.S. Appl. No. 10/016,988, filed Dec. 14, 2001, Matz.
U.S. Appl. No. 10/017,111, filed Dec. 14, 2001, Matz.
U.S. Appl. No. 10/017,630, filed Dec. 14, 2001, Swix.
U.S. Appl. No. 10/017,640, filed Dec. 14, 2001, Matz.
U.S. Appl. No. 10/017,742, filed Dec. 14, 2001, Matz.
U.S. Appl. No. 10/036,677, filed Dec. 21, 2001, Swix.
U.S. Appl. No. 10/735,309, filed Dec. 12, 2003, Gray.
U.S. Appl. No. 10/037,005, filed Dec. 21, 2001, Matz.
U.S. Appl. No. 10/778,345, filed Feb. 17, 2004, Swix.
U.S. Appl. No. 10/735,346, filed Dec. 12, 2003, Gray.
U.S. Appl. No. 10/036,923, filed Dec. 21, 2001, Matz.
PCT Publication No. WO 94/17609 (Kiefl et al., Aug. 4, 1994).
Cauley, Leslie, "Microsoft, Baby Bell Form Video Alliance," *The Wall Street Journal*, Sep. 26, 1994.
"allNetDevices:—Report: Interactive TV Soon to Become Direct Marketing Tool," allNetDevices, www.devices.internet.com/com_cgi/print/print.cgi?url=http://devices.../report_interactive.html, (Nov. 16, 2001) pp. 1-2.
"Liberate Technologies—Solutions," Digital Cable Two-Way, www.solutions.liberate.com/architecture/dc2.html, (Nov. 16, 2001) p. 1 of 1.

"Liberate Technologies—Solutions," Digital Broadband Telco, www.solutions.liberate.com/architecture/db.html, (Nov. 16, 2001) p. 1 of 1.
"Liberate Technologies—Solutions," Liberate Connect Suite, www.solutions.liberate.com/products/connect_suite.html, (Nov. 16, 2001) pp. 1-2.
"Liberate Technologies—Solutions," Liberate imprint Server™, www.solutions.liberate.com/products/imprint_server.html, (Nov. 16, 2001) p. 1 of 1.
"Liberate Technologies—Solutions," Liberate Mediacast Server™, www.solutions.liberate.com/products/mediacast_server.html, (Nov. 16, 2001) pp. 1-2.
"Spike High Performance Server Array," Mixed Signals Technologies, Inc., www.mixedsignals.com, itvinfo@mixedsignals.com (2000) p. 1.
"Power, flexibility, and control," RespondTV, www.respondtv.com/whyrespond.html (Nov. 16, 2001) pp. 1-2.
"It just clicks!," RespondTV, www.respondtv.com/inaction.html, (Nov. 16, 2001) pp. 1-2.
"The Wink System," Wink System Diagram, www.wink.com/contents/tech_diagram.html, (Nov. 16, 2001) p. 1 of 1.
"What is Wink?," www.wink.com/contents/whatiswink.html, (Nov. 16, 2001) p. 1 of 1.
"How Wink Works," What is Wink: How wink works, www.wink.com/contents/howitworks.html, (Nov. 16, 2001) p. 1 of 1.
"What is Wink: Examples," What is Wink—Examples, www.wink.com/contents/examples.html, (Nov. 16, 2001) pp. 1-2.
"Nielsen Media Research—Who We Are & What We Do," www.nielsenmedia.com/whoweare.html, (Oct. 11, 2001) pp. 1-4.
www.actv.com, Screen Print, Oct. 8, 2000.
"ACTV, Inc. Offers Exclusive Preview of 'Individualized Television' at Official All-Star Café," Business Wire, Sep. 16, 1998.
"ACTV's HyperTV & 'Individualized Television' to be Powered by Sun Microsystems' JavaTV Technology," Business Wire, Apr. 21, 1999.
Whitaker, Jerry, "Interactive TV: Killer Ap or Technical Curiosity?", Broadcast Engineering, Dec. 1999.
Dickson, Glen, "Digital TV gets specifically directed," Broadcasting & Cable, Jun. 5, 2000.
Reed, David, "The future is digital," Precision Marketing, v. 13, n.51, p. 27, Sep. 21, 2001.
Aggarwal et al ("A Framework for the Optimizing of WWW Advertising" Proceedings fo the International IFIP/GI Working Conference Trends in Distributed Systems for Electronic Commerce, pp. 1-10, Year of Publication: 1998).
Ehrmantraut et al., "The Personal Electronic Program Guide—Towards the Pre-selection of Individual TV Programs", pp. 1-8, 1996.
Wasserman, Todd, "Mining Everyone's Business." Brandweek, Feb. 28, 2000. 19 pages.
U.S. Appl. No. 08/779,306, Grauch.
U.S. Appl. No. 10/017,742, Matz.
U.S. Appl. No. 10/039,062, Matz.
U.S. Appl. No. 10/020,779, Swix.

* cited by examiner



Fig.1



*Fig. 2*



*Fig. 4*



*Fig.3*

US 8,677,384 B2

**1**

## METHODS AND SYSTEMS FOR NETWORK BASED CAPTURE OF TELEVISION VIEWER GENERATED CLICKSTREAMS

### CROSS-REFERENCE TO RELATED APPLICATIONS

The present application is related to and incorporates by reference in the entirety the following applications: U.S. application Ser. No. 10/735,309 filed on Dec. 12, 2003 and entitled METHODS AND SYSTEMS FOR NETWORK BASED CAPTURE OF TELEVISION VIEWER GENERATED CLICKSTREAMS and now issued as U.S. Pat. No. 7,617,508; U.S. application Ser. No. 08/779,306 filed on Jan. 6, 1997 and entitled METHOD AND SYSTEM FOR TRACKING NETWORK USE (now abandoned); U.S. application Ser. No. 09/496,825 filed on Feb. 1, 2000 and entitled METHOD AND SYSTEM FOR TRACKING NETWORK USE and now issued as U.S. Pat. No. 6,983,478; U.S. application Ser. No. 10/017,742 filed on Dec. 14, 2001 and entitled SYSTEM AND METHOD FOR UTILIZING TELEVISION VIEWING PATTERNS; U.S. application Ser. No. 10/017,640 filed on Dec. 14, 2001 and entitled SYSTEM AND METHOD FOR IDENTIFYING DESIREABLE SUBSCRIBERS and now issued as U.S. Pat. 7,212,979; U.S. application Ser. No. 10/016,988 filed on Dec. 14, 2001 and entitled METHOD AND SYSTEM TO PERFORM CONTENT TARGETING and now issued as U.S. Pat. No. 7,444,658; U.S. application Ser. No. 10/017,111 filed on Dec. 14, 2001 and entitled METHOD AND SYSTEM FOR TARGETED INCENTIVES; U.S. application Ser. No. 10/017,630 filed on Dec. 14, 2001 and entitled SYSTEM AND METHOD FOR DEVELOPING TAILORED TELEVISION CONTENT RELATED PACKAGES and now issued as U.S. Pat. No. 7,587,323; U.S. application Ser. No. 10/036,677 filed on Dec. 21, 2001 and entitled METHOD AND SYSTEM FOR MANAGING TIMED RESPONSES TO A/V EVENTS IN TELEVISION and now issued as U.S. Pat. No. 7,086,075; U.S. application Ser. No. 10/036,923 filed on Dec. 21, 2001 and entitled SYSTEM AND METHOD FOR CUSTOMIZING CONTENT-ACCESS LISTS and now issued as U.S. Pat. No. 7,020,652; and U.S. application Ser. No. 10/037,005 filed on Dec. 21, 2001 and entitled SYSTEM AND METHOD FOR STORING AND DISTRIBUTING TELEVISION VIEWING PATTERNS (now abandoned).

### TECHNICAL FIELD

The present invention is related to the capture of clickstreams generated by television viewers when making television programming selections. More particularly, the present invention is related to the network based capture of these clickstreams.

### BACKGROUND

When a television viewer watches television, the viewer periodically makes selections to control what is being viewed. The viewer may change to a different channel and program, may choose to channel surf during commercials, may choose to shut down the television equipment and not watch any programming during certain time periods, etc. The sequence of these user commands are known as a clickstream which provides an indication of what the viewer is or is not watching on television when the clickstream is captured in relation to time, current channel before a change, current channel after a change, etc.

**2**

Initially, this clickstream was not captured in any way. The behavior of the television viewer was not tracked, and there was no way to identify trends in the behavior of the television viewer without requiring the television viewer to become involved, such as manually recording what the viewer watches or installing special equipment in the home of the viewer specifically for the purpose of tracking what programs the viewer watched.

The introduction of set top boxes that tune in broadcasted channels for the viewer gave rise to a way to track the television watching behavior of the viewer without requiring the viewer to become involved. The set top box receives multiple streams of television programming and executes the commands from the viewer such as channel changes to control which stream is being viewed by the viewer. The set top box may also be provided with clickstream capture functionality so that when the set top box receives a user command, the command is captured and stored within the set top box in addition to being executed within the set top box. In this way, the set top box effectively captures the viewing behaviors of the viewer.

The clickstream that has been captured may then be periodically forwarded from the set top box to a service provider system where it can be put to use. The service provider system may process the clickstream relative to profile information of the viewers producing the clickstreams to produce statistics about television viewing habits, such as statistics based on demographics. The service provider and/or television content providers may then utilize these statistics for various purposes. For instance, this information may be used to determine what television programming to provide to consumers.

While this set top box approach does provide the clickstream capture, it has drawbacks because it requires the set top box of every viewer being tracked to have the ability to record and periodically forward the clickstream information. Additionally, for advanced television networks, the switching between streams of programming may be performed within the television network for a viewer rather than at the set top box such that the set top box only receives a single stream at a time. Thus, the set top box may not include the intelligence to recognize the significance of one user command from another but instead simply transfers the user command to the television network for execution such that the set top box is ineffective at capturing the clickstream.

### SUMMARY

Embodiments of the present invention address these issues and others by providing network based clickstream capture. The user commands are transferred from the premises of the viewer, such as by a set top box, to a remotely located component such as a video control system within a television network. The user commands are captured at the remotely located component and are stored remotely from the premises of the viewer. Accordingly, the set top box need not necessarily have clickstream capture capabilities.

One embodiment is a method of capturing user commands related to viewing television programming. The method involves receiving a user command at a viewer appliance at a premises of the viewer. Relative to receiving the user command, the user command is concurrently forwarded from the viewer appliance to a component located remotely from the premises of the viewer. Remotely from the premises of the viewer, information related to the user command is stored upon receiving the user command at the component.

Another embodiment is a method of capturing user commands related to viewing television programming. The

US 8,677,384 B2

3

method involves receiving a user command at a viewer appliance at a premises of the viewer. Relative to receiving the user command, the user command is concurrently forwarded from the viewer appliance to a component located remotely from the premises of the viewer. The user command is executed at the component to alter an aspect of the television programming being viewed by the viewer. Remotely from the premises of the viewer, information related to the user command continues to be stored after the user command has been executed at the component.

Another embodiment is a system for capturing user commands related to viewing television programming. The system includes a reception mechanism located at a premises of a viewer that receives user commands. A transfer mechanism is located at the premises of the viewer and transfers the user commands concurrently relative to the reception mechanism receiving the user commands. A control mechanism executes the user commands received by the reception mechanism to control an aspect of the television programming being provided to the viewer. A capture mechanism is located remotely from the premises of the viewer and receives the user commands being transferred concurrently by the transfer mechanism. A storage mechanism is located remotely from the premises of the viewer and continues to store information related to the user commands after the user commands have been executed by the control mechanism and received by the capture mechanism.

Another embodiment is a method of capturing user commands from a viewer that are related to viewing television programming. The method involves capturing the user command remotely from the premises of the viewer and continuing to store information related to the user command after the user command has been executed.

Another embodiment is a method of capturing user commands from a viewer that are related to viewing television programming. The method involves receiving the user command at a viewer appliance at the premises of the viewer. The method further involves executing the user command at the viewer appliance and forwarding the user command from the viewer appliance.

DESCRIPTION OF THE DRAWINGS

FIG. 1 shows an illustrative clickstream capture system architecture for implementing embodiments of the present invention where the television programming is broadcast to a viewer appliance that executes the user commands while the clickstream capture is performed remotely from the viewer premises.

FIG. 2 shows an illustrative set of logical operations within the system of FIG. 1 for implementing embodiments of the present invention.

FIG. 3 shows an illustrative clickstream capture system architecture for implementing embodiments of the present invention where at least a portion of the television programming is switched within the television network such that the television network executes user commands while the clickstream capture is performed remotely from the viewer premises.

FIG. 4 shows an illustrative set of logical operations within the system of FIG. 3 for implementing embodiments of the present invention.

DETAILED DESCRIPTION

Embodiments of the present invention provide for the network capture of clickstreams that are generated by TV view-

4

ers. Thus, the network capture obtains the clickstreams without requiring the viewer appliance to capture the clickstreams and store the clickstreams for a period of time, and then forward the stored clickstreams on to a downstream location. Instead, the viewer appliance receiving the clickstreams from the viewer forwards the user commands of the clickstream up to the network location as the user commands are being received. This enables the network to have almost immediate access to all user commands of a clickstream which can then be processed as necessary to produce statistics about the behavior of the TV viewers.

FIG. 1 shows one example of a system for capturing the clickstreams where the television programming being provided to the viewer is through broadcast system. Multiple channels of television programming are being broadcast simultaneously to the viewer appliance 120 such as a set top box or broadband gateway, which then tunes to the particular channel of programming that the viewer desires to watch. The broadcast television programming is provided to viewers from a central location 102, such as a community access television ("CATV") headend or a telephone company ("telco") central office ("CO") which may provide Internet connectivity for streaming programming to the viewer.

The central location 102 includes various components for receiving the television programming to be broadcast to the television viewers. Much of the television programming originates from satellite reception via a satellite receiver dish 106. Additional direct local feeds 108 receive direct transmission via a wireline link to local television stations. Also, additional local off-air reception via antennas 110 may also receive local programming that is not otherwise received through the direct local feeds 108.

These programming sources provide received programming to a content reception and processing system 104. This system 104 takes the various channels of television programming being received and creates a channel line-up. The channel line-up is the distribution of the channels being provided by the service provider over the particular channels designated by the service provider. The content reception and processing system 104 receives a particular stream of programming and assigns it to a particular channel within the channel line-up.

The content reception and processing system 104 provides the individual streams of programming to a video broadcast system 112. The video broadcast system 112 then broadcasts each of the streams of programming within its assigned channel of the channel line-up. The video broadcast system 112 broadcasts these channels, as well as data such as guide data, over a distribution network 116 that feeds each of a plurality of individual television viewer premises 118. Typically, the distribution network 116 includes a network of coaxial lines, twisted pair lines, or wireless links that extend over a region being served, where each of the lines terminates at viewer premises 118.

The broadcasts may be either in an analog or a digital format. The network 116 may carry either format or both formats, such as where one set of channels of the channel line-up are broadcast as analog while another set of channels of the channel line-up are digital. Additionally, the network 116 may carry two-way communications such that communications may be provided back to the central location 102 from viewer premises 118. Alternatively, the network 116 may carry only one-way communications from the central location 102 to viewer premises 118.

At viewer premises 118, the incoming stream of channels is provided to a viewer appliance 120. A viewer appliance 120 allows a viewer to provide commands to control aspects of the

US 8,677,384 B2

5

television programming being viewed, such as channel changes and/or additional aspects such as audio format and volume control. The viewer appliance **120** typically outputs the selected channel to a television **122**. A viewer appliance **120** such as a broadband gateway may be present in place of a set top box so as to receive user commands from different areas of the premises **118** and distribute the selected channel to televisions located in different areas as opposed to having a viewer appliance at each location where a television is present. It should be appreciated that the viewer appliance **120** may be incorporated into the television **122** rather than being a separate component.

When a viewer is watching television, the viewer provides user commands to control the aspects of television programming as desired. The viewer may provide a user command by pressing buttons on a remote control **127** that provides a corresponding signal to the viewer appliance **120** and are received by a reception module **123**. Alternatively, the viewer may provide a user command by pressing buttons located on the viewer appliance **120** itself. The viewer appliance **120** of this example then performs at least two actions. The viewer appliance **120** executes the command through a control module **125** to control the television programming as desired by the viewer. In addition to executing the command, as the command is received the viewer appliance **120** forwards the user command (i.e., a control message) to an external location rather than merely storing a record of it for future transfer by sending the user command from a transmission module **121**.

The viewer appliance **120** may forward the user command to an external location in various ways. For example, where the distribution network **116** is a two-way network, the user command may be transferred over the network **116** back to the central location **102**. The destination for the user command in this example is a marketing information system ("MKIS") **114**. The MKIS **114** is interfaced to the two-way network **116** such that user commands are directed to the MKIS **114** where they are captured from the transmission and stored at the MKIS **114**.

Typically, the user commands coming from a particular viewer premises **118** are stored in association with an identifier of the viewer such that the MKIS **114** matches the user command to a profile for the viewer, such as the demographical categories of the viewer. Also, the context in which the user command is received is known due to the MKIS **114** storing a time stamp for when the user command is received and also having stored the preceding user commands. Accordingly, downstream processing can determine behaviors of TV viewers relative to the content being provided based on knowing when a user command or stream of user commands (i.e., a clickstream) is received relative to what content is being shown on a particular channel at that particular time. Thus, it can be determined that a television viewer switches from one program to another, switches the channel during commercials, mutes the television when certain content is present, etc. Furthermore, these behaviors can be matched statistically with the various demographic categories known for the viewers.

Rather than forwarding the user commands back to the central location **102** through the distribution network **116**, the viewer appliance **120** may be provided with an alternative route to forward the user commands. For example, the distribution network **116** may only be a one-way network or the destination for the user commands may be other than the central location **102**. Thus, the viewer appliance **120** may be provided with a connection to an alternative data network **124** which interconnects an MKIS **114'** having storage **115'** to the viewer appliance **120**. For example, the viewer appliance **120**

6

may be connected to a digital subscriber line ("DSL") or other broadband connection to network **124**, through the public switched telephone network ("PSTN"), through a wireless connection, etc. Thus, when the viewer appliance **120** receives the user command, it is forwarded through the alternative network **124** to the MKIS **114'** where it is captured from the stream of communication and is stored in storage **115'** as described above.

FIG. **2** shows the logical operations performed within the system of FIG. **1** to capture the user commands at a location remote from viewer premises **118**, such as at the MKIS **114**. Initially, the user command is received at the viewer appliance **120** at reception operation **202**. As described above, this may be from the viewer entering a command through a remote control **127** or by entering the command directly on the viewer appliance **120** where the command is received by a reception module **123**.

Upon receiving the user command, the viewer appliance **120** forwards the user command to the MKIS **114** where it is captured and stored as appropriate for future processing at forward operation **204**. Also upon receiving the user command, the viewer appliance **120** executes the user command to alter the aspects of the television programming at execution operation **206**. While forward operation **204** and execution operation **206** are shown to occur in series, it will be appreciated that the viewer appliance **120** may perform these two operations in parallel such that there is no perceived delay by the viewer in entering the command and seeing the result of its execution.

FIG. **3** shows another example of a system for capturing the clickstreams, but in this example the television programming that is being provided to the viewer includes at least video-on-demand. In the video-on-demand system, the streams of programming to be sent to the viewer are switched within the television network of the central location **302** such that only one of the streams is being sent through a network **324** to a viewer appliance **328**. The system of FIG. **3** may also but not necessarily include broadcasted programming where multiple streams are being provided to and selected by the viewer appliance **328** as discussed above in relation to FIG. **1**. The video-on-demand and broadcast television programming is provided to viewers from a central location **302**.

The central location **302** of this example includes various components for receiving the television programming to be provided to the television viewers. Again, much of the television programming originates from a satellite reception via a satellite receiver dish **306**. Additional direct local feeds **308** receive direct transmission via a wireline link to local television stations. Also, additional local off-air reception via antennas **310** may also receive local programming that is not otherwise received through the direct local feeds **308**.

These programming sources provide received programming to a content reception and processing system **304**. This system **304** takes the various channels of television programming being received and creates a channel line-up. The content reception and processing system **304** receives a particular stream of programming and assigns it to a particular channel within the channel line-up.

The content reception and processing system **304** provides the individual streams of programming to a video broadcast system **312**. The video broadcast system **312** then broadcasts each of the streams of programming within its assigned channel of the channel line-up. The video broadcast system **312** broadcasts these channels, as well as data such as guide data, to a switch **316** at the central location **302**. This switch **316** then switches between the various sources of programming to

US 8,677,384 B2

7

provide a particular stream of programming through the distribution network **324** to viewer premises **326** according to a selection by a viewer.

In addition to receiving the broadcasted channel line-up from the video broadcast system **312**, the switch **316** may receive television programming content from various other sources as well. For example, the switch **316** may receive content from a content storage and origination system **314**. The content storage and origination system **314** may provide video-on-demand programming such as movies and other programming that viewers may want to watch at any given time such that content is stored and can be selected for playback to the viewer at any time the viewer requests. Such video-on-demand services are often provided on a fee per use basis or monthly fee basis. The switch **316** may also receive content through the Internet **322** from other programming sources and may provide television programming as well as data services to the end viewer through the distribution network **324**.

A video control system **318** is included at the central location **302** to provide additional intelligence for operation of the switch **316**. The switch **316** receives user commands for the changing from one stream to send to the viewer appliance **328** to another. The switch **316** may select one stream or another, such as those streams from the video broadcast system **312**, without further assistance. However, certain channels of the video broadcast system **312** or content from the content and storage origination system **314** may be controlled on an account basis. The video control system **318** verifies that a particular viewer requesting a given channel or content has authorization to receive that channel or content and controls the switch **316** to either provide the channel/content or not provide the channel/content.

The streams provided to viewer premises **326** may be either in an analog or a digital format. The network **324** may carry either format or both formats, such as where one set of channels of the channel line-up being received by the switch **316** are broadcast as analog while another set of channels of the channel line-up are digital. Additionally, the network **324** carries two-way communications such that communications are provided back to the switch **316** of the central location **302** from viewer premises **326** such that the switch **316** can select the particular stream to provide back through the network **324** to viewer premises **326**.

At viewer premises **326**, the incoming stream of channels is provided to the viewer appliance **328**. The viewer appliance **328** allows a viewer to provide commands to control aspects of the television programming being viewed on a television **330**, such as channel changes and/or additional aspects such as audio format and volume control.

When a viewer is watching television, the viewer continues to provide user commands to control the aspects of television programming as desired. Again, the viewer may provide a user command by pressing buttons on a remote control **335** that provides a corresponding signal to the viewer appliance **328** and are received by a reception module **331**. Alternatively, the viewer may provide a user command by pressing buttons located on the viewer appliance **328** itself. The viewer appliance **328** of this example then performs at least one action. As the command is received, the viewer appliance **328** forwards the user command (i.e., a control message) back to the switch **316** at the central location **302** through a transfer module **329** rather than merely storing a record of it for future transfer. Where the command is a change to a new stream of programming, then the switch **316** and video control system **318** executes the command to begin providing a different stream, rather than the viewer appliance **328** executing the

8

change. Where the user command is other than a channel change, such as a selection of audio format or volume, then the viewer appliance **328** also executes the command through a control module **333**.

Upon the user command being received at the switch **316**, it may be captured by the video control system **318** or the switch **316** from the stream of information being received from the network **324**. An MKIS **320** is interfaced to the switch **316** and video control system **318** such that the user command is then passed to the MKIS **320** where it is stored in storage **321** in association with the contextual information that has been matched with the user command at the video control system **318**, such as the identifier of the viewer who generated the command, the time at which the viewer appliance **328**, switch **316**, or video control system **318** received the user command, etc. Additionally, the video control system **318** may also match the user command being forwarded to the MKIS **320** with a result of the user command or may only forward the result. For example, the user command may be a channel up button, whose result is a change from channel 2 to channel 3 such that the video control system **318** forwards an "on channel 3" result to the MKIS **320** for storage.

The viewer appliance **328** may also forward the user command to an external location in other ways. For example, in systems where the MKIS **320** is not interfaced to the switch **316** and/or video control system **318**, the MKIS **320** may be accessed through an alternative network such as described above in relation to FIG. **1**. The viewer appliance **328** may be provided a connection to an alternative data network which interconnects an MKIS **320** to the viewer appliance **328**. Like in the example of FIG. **1**, the viewer appliance **328** may be connected to a digital subscriber line ("DSL") or other broadband connection, PSTN, wireless, etc. When the viewer appliance **328** receives the user command, it is forwarded back through the network **324** for execution while it is simultaneously forwarded through the alternative network to the MKIS **320** where it is captured from the stream of communication and is stored as described above.

FIG. **4** shows an example of the logical operations that may be performed within the system of FIG. **3**. The viewer appliance **328** receives the user command at reception operation **402**. As the user command is received, the viewer appliance **328** then forwards the user command to the switch **316** or video control system **318** at forward operation **404**. The switch **316** or video control system **318** then captures the user command for the information being returned through the network **324** and forwards the user command to the MKIS **320** for storage as described above at capture operation **406**. As an alternative, rather than the switch **316** and video control system **318** forwarding the user command to the MKIS **320**, the viewer appliance **328** may forward the user command to the MKIS **320** through an alternative network connection where it is then captured and stored. Also upon the switch **316** and/or video control system **318** receiving the user command, the user command is executed to alter the stream of programming being provided through the network **324** to viewer premises **326** at execution operation **408**. Where the user command is not for a change in the stream in programming but is another change, such as a volume change, then the change may be implemented at viewer premises **326** rather than within the central location.

Thus, the embodiments of clickstream capture provide for the forwarding of the user command from the viewer appliance **328** to an external location as the commands are being received. This eliminates the requirement that the viewer appliance **328** record the user commands. However, the viewer appliance **328** may continue to perform clickstream

US 8,677,384 B2

**9**

capture as well to provide redundancy or for other purposes. As an advantage of performing clickstream capture at an external location, the external location typically has much greater capacity than an individual viewer appliance such that rather than filtering the user commands to be stored to eliminate those that are not as useful at understanding viewer behavior, the viewer appliance may forward all user commands so that the external location can capture and store all of the commands rather than selected ones.

The data that has been stored in the MKIS of the embodiments discussed above may then be used for various purposes. It may be used to target advertising for particular times and television programs. It may also be used to determine the proper characteristics for advertisements such as length and content. Furthermore, the data may be used to determine the proper television programming to provide at any given time. Accordingly, the data that is obtained has significant value in relation to making determinations about what content is provided for television viewers. Usage of this data for such purposes is discussed in more detail in U.S. application Ser. No. 09/467,889, filed on Dec. 21, 1999, and entitled METHOD AND SYSTEM FOR PROVIDING TARGETED ADVERTISEMENTS.

Although the present invention has been described in connection with various illustrative embodiments, those of ordinary skill in the art will understand that many modifications can be made thereto within the scope of the claims that follow. Accordingly, it is not intended that the scope of the invention in any way be limited by the above description, but instead be determined entirely by reference to the claims that follow.

What is claimed is:

**1**. A method, comprising:

receiving content from a distribution network;

receiving a command at a viewer appliance;

establishing communication from the viewer appliance to a remotely located component; when the command is a channel change at the viewer appliance, then immediately upon receipt concurrently forwarding the command from the viewer appliance to the remotely located component for demographic profiling;

when the command is not the channel change, then performing in parallel:

immediately upon receipt concurrently forwarding the command from the viewer appliance to the remotely located component for the demographic profiling; and

executing the command to alter an aspect of the content being viewed by the viewer; and

sending an indication that the command has been executed, whereby local storage of the command at the viewer appliance is eliminated;

sending a request from the viewer appliance for an advertisement in an advertisement insertion slot;

receiving an indication of the advertisement selected based on the demographic profiling; and causing the advertisement to be displayed in the advertisement insertion slot.

**2**. The method of claim **1**, further comprising presenting the content at the viewer appliance.

**3**. The method of claim **1**, further comprising matching the command to a present context.

**4**. The method of claim **3**, further comprising concurrently forwarding the matching to the remotely located component.

**5**. The method of claim **3**, further comprising determining a result of the command and concurrently forwarding the result to the remotely located component.

**6**. The method of claim **1**, wherein the viewer appliance comprises a set-top box.

**10**

**7**. The method of claim **1**, further comprising generating targeted advertising.

**8**. A method of capturing commands from a viewer that are related to viewing content, comprising:

receiving the content at a viewer appliance;

establishing communication from the viewer appliance to a remotely located component;

receiving a command at the viewer appliance;

when the command is a channel change, then immediately upon receipt concurrently forwarding the command from the viewer appliance to the remotely located component for demographic profiling remote execution to a new stream of programming;

when the command is not the channel change, then performing in parallel:

immediately upon receipt concurrently forwarding the command from the viewer appliance to the remotely located component for the demographic profiling;

executing the command to alter an aspect of the content being viewed by the viewer; and

sending an indication that the command has been executed at the viewer appliance, whereby local storage of the command at the viewer appliance is eliminated;

sending a request from the viewer appliance for an advertisement in an advertisement insertion slot;

receiving an indication of the advertisement selected based on the demographic profiling;

and causing the advertisement to be displayed in the advertisement insertion slot.

**9**. The method of claim **8**, further comprising selecting a volume.

**10**. The method of claim **8**, further comprising establishing a broadband connection from the viewer appliance to the remotely located component.

**11**. The method of claim **10**, further comprising matching the command to a present context.

**12**. The method of claim **11**, further comprising matching the command to a current time when the command is received.

**13**. The method of claim **10**, further comprising determining a result of the command.

**14**. The method of claim **13**, further comprising determining an audio format.

**15**. The method of claim **8**, wherein receiving the command at the viewer appliance comprises receiving the command at a set-top box.

**16**. The method of claim **8**, further comprising choosing the content based upon the command.

**17**. A system, comprising:

a processor; and

memory storing instructions that when executed cause the processor to perform operations, the operations comprising:

receiving the content from a distribution network;

establishing communication with a remotely located component;

receiving a command entered during presentation of the content;

concurrently forwarding the command immediately upon receipt to the remotely located component for demographic profiling in response to the command being a channel change;

performing in parallel in response to determining the command is not the channel change:

concurrently forwarding the command immediately upon receipt to the remotely located component for the demographic profiling; and

US 8,677,384 B2

**11**

executing the command to alter an aspect of the content during the presentation; and

sending an indication that the command has been executed, whereby local storage of the command in the memory is eliminated;

sending a request for an advertisement in an advertisement insertion slot;

receiving an indication of the advertisement selected based on the demographic profiling;

and causing the advertisement to be displayed in the advertisement insertion slot.

**18**. The system of claim **17**, wherein the operations further comprise determining a result of the command.

**19**. The system of claim **17**, wherein the operations further comprise storing a result of the command.

**20**. A method of capturing commands from a viewer that are related to viewing content, comprising:

receiving the content from a distribution network at a viewer appliance;

establishing communication from the viewer appliance to a remotely located component;

receiving a command at the viewer appliance entered by the a viewer;

concurrently forwarding the command immediately upon receipt to the remotely located component for demo-

**12**

graphic profiling in response to determining the command is a channel change; performing in parallel in response to determining the command is not the channel change:

immediately upon receipt concurrently forwarding the command from the viewer appliance to the remotely located component for the demographic profiling; and

executing the command; and

sending an indication that the command has been executed, whereby local storage of the command at the viewer appliance is eliminated;

sending a request for an advertisement in an advertisement insertion slot;

receiving an indication of the advertisement selected based on the demographic profiling;

and causing the advertisement to be displayed in the advertisement insertion slot.

**21**. The method of claim **20**, further comprising matching the command to a present context.

**22**. The method of claim **21**, further comprising determining a result of the command.

**23**. The method of claim **20**, further comprising targeting the advertisement to the command.

* * * * *

# EXHIBIT C

**Preliminary Claim Chart for U.S. Patent No. 9,838,755**

This preliminary claim chart relies on publicly-available information obtained after a reasonable inquiry.  Alphonso reserves the right to prepare claim charts and disclosures pursuant to applicable local rules.  Alphonso further reserves the right to supplement this claim chart as necessary and appropriate.

| Claim 1 | Samba Platform |
|---|---|
| 1. An automated method for determining a lift metric regarding effectiveness of a digital ad campaign for an audio-visual work on subsequent viewership of the audio-visual work, the method comprising: | |
| (a) electronically collecting and storing, in a first database that is in communication with a server, data records of monitored audio-visual devices that include: | **Samba TV Privacy Policy** (as of 6/18/2018)<br>https://platform.samba.tv/about/privacy-policy/<br>Samba TV tracks the content that is viewed by monitored televisions<br><br>Log Information: We collect standard log files when you use our Services, which include the time and date of access, pages or features viewed, IP address, the type of web browser you use and the referral URL.<br><br>Content Viewing Information: We receive information about the content you view and interact with through a Smart TV that integrates our Interactive TV Services or through Smart TV apps (such as Hotlist) ("Content Viewing Information"). This information includes the title of the content watched, actions taken while viewing the content, the amount of time you watch the content and other information about that content. We receive this information in two different ways: |
| (i) unique identifiers associated with a universe of monitored audio-visual devices, | **Samba TV Privacy Policy** (as of 6/18/2018)<br>https://platform.samba.tv/about/privacy-policy/<br>Samba TV's privacy policy indicates that it collects device information |

| Claim 1 | Samba Platform |
|---|---|
| | Device Information: We collect information about the devices you use to interact with our Services, such as the hardware model and brand, operating system, device IDs, resource usage, and error logs. We may also record when devices are available to connect with a Smart TV. This may be done, for example, by sending a signal from your device to a nearby Smart TV or by using our Interactive TV Services to see what devices are connected to the same network as the Smart TV. We may use this information, for example, to make connecting your device to your Smart TV easier. |
| (ii) audio-visual content played by the universe of monitored audio-visual devices, including content identifiers of the played audio-visual content, and | **Samba TV Privacy Policy** (as of 6/18/2018)<br>https://platform.samba.tv/about/privacy-policy/<br>Samba TV tracks the content that is viewed by monitored televisions, and on information and belief associates content with unique identifiers<br><br>Log Information: We collect standard log files when you use our Services, which include the time and date of access, pages or features viewed, IP address, the type of web browser you use and the referral URL.<br><br>Content Viewing Information: We receive information about the content you view and interact with through a Smart TV that integrates our Interactive TV Services or through Smart TV apps (such as Hotlist) ("Content Viewing Information"). This information includes the title of the content watched, actions taken while viewing the content, the amount of time you watch the content and other information about that content. We receive this information in two different ways: |
| (iii) time of the played audio-visual content; | Samba TV tracks the time that monitored televisions are viewing specified content |

2

| Claim 1 | Samba Platform |
|---|---|
| |  |
| (b) receiving, at the server, and electronically storing, in a second database that is in communication with the server, data records of digital ad campaign data that includes: | **Samba TV Privacy Policy** (as of 6/18/2018)<br>https://platform.samba.tv/about/privacy-policy/<br>Samba TV tracks the content that is viewed by monitored televisions<br><br>Log Information: We collect standard log files when you use our Services, which include the time and date of access, pages or features viewed, IP address, the type of web browser you use and the referral URL. |

ACTIVE/95659423.1

| Claim 1 | Samba Platform |
|---|---|
| | Content Viewing Information: We receive information about the content you view and interact with through a Smart TV that integrates our Interactive TV Services or through Smart TV apps (such as Hotlist) ("Content Viewing Information"). This information includes the title of the content watched, actions taken while viewing the content, the amount of time you watch the content and other information about that content. We receive this information in two different ways: |
| (i) a content identifier of the digital ad, | Samba TV can identify specific advertisements, which on information and belief are associated with a content identifier that is unique to the advertisement |
| (ii) unique identifiers of devices that electronically received the digital ads, and | Samba TV's Verified Tune-In determines which viewers were exposed to specified digital ads (*see* https://www.youtube.com/watch?v=4rZezcz8o2A @ 7:55), and on information and belief, it does so using unique identifiers of devices |

4

| Claim 1 | Samba Platform |
|---|---|
| |  |
| (iii) time of electronic delivery of the digital ad to the respective devices; | Samba TV tracks when a digital advertisement is viewed, so that it can track the viewership "after TV promo exposure" |

ACTIVE/95659423.1

| Claim 1 | Samba Platform |
|---|---|
|  |  |
| (c) identifying, by the server in a matching engine of the server that is in communication with the first and second database: | On information and belief, Samba TV uses a matching engine in a server, or an equivalent thereof |
| (i) a first set of unique identifiers of monitored audio-visual devices that match the unique identifiers of the devices that electronically received the digital ads, and | Samba TV's Verified Tune-In determines which viewers were exposed to specified digital ads (*see* https://www.youtube.com/watch?v=4rZezcz8o2A @ 7:55) |

ACTIVE/95659423.1

| Claim 1 | Samba Platform |
|---|---|
|  |  |
| (ii) a second set of unique identifiers of monitored audio-visual devices that do not match the unique identifiers of any of the devices that electronically received the digital ads; and | Samba TV's Verified Tune-In determines which viewers were not exposed to specified digital ads (*see* https://www.youtube.com/watch?v=4rZezcz8o2A @ 7:45) |

ACTIVE/95659423.1

| Claim 1 | Samba Platform |
|---|---|
| |  |
| (d) calculating, by the server, using the content identifier of the played audio-visual content and the time of the played audio-visual content, and the content identifier of the digital ad and the time of electronic delivery of the digital ad: | Samba TV's Verified Tune-In calculates the lift metric attributable to a digital advertisement |

| Claim 1 | Samba Platform |
|---|---|
| |  |
| (i) a percentage, T, of a subset of the first set of unique identifiers associated with monitored audio-visual devices that played the audio-visual content associated with the digital ad after the digital ad was delivered, | Samba TV calculates the percentage T associated with viewership of the specified content after viewership of the advertisement (on right) |

ACTIVE/95659423.1

| Claim 1 | Samba Platform |
|---|---|
| |  |
| (ii) a percentage, C, of a subset of the second set of unique identifiers associated with the monitored audio-visual devices that played the audio-visual content associated with the digital ad, and | Samba TV calculates the percentage C of the general population that viewed specified content without viewing the advertisement (on left) |

10

| Claim 1 | Samba Platform |
|---------|----------------|
| |  |
| (iii) a lift metric, based on at least T and C, regarding effectiveness of the digital ad campaign for an audio-visual work on subsequent viewership of the audio-visual work, wherein the higher the lift metric, the more effective the digital ad campaign. | Samba TV calculates a lift metric indicating the "lift" of the advertisement compared to the control set (indicated in yellow) |

| Claim 1 | Samba Platform |
|---|---|
|  |  |

| Claim 3 | Samba Platform |
|---|---|
| 3. The method of claim 2 wherein the IP addresses for at least some of the devices that electronically received the digital ads are obtained by associating device identifiers of the devices with previously designated IP | **Device Map**<br>https://platform.samba.tv/technology/device-map/ |

ACTIVE/95659423.1

| addresses for the respective devices. |   **Persistent Mapping**  The digital devices belonging to that household are mapped using various data sources including IP address, Device IDs, Cookies, etc.  Mapped devices are identified with an anonymized ID so they can continue to be tracked even when they are used out of the house. |
| --- | --- |

| **Claim 10** | **Samba Platform** |
| --- | --- |

ACTIVE/95659423.1

| Claim 10 | Samba Platform |
|---|---|
| 10. The method of claim 1 wherein further comprising:<br><br>(f) embedding a tracking tag in the digital ad for the audio-visual work to be delivered to a plurality of devices that electronically received the digital ads, the tracking tag configured to automatically report to the server the data in the second database. | when you visit a website. Cookies and local storage enable us and our customers to provide features and functionality (such as keeping you logged in), see which areas and features of our Services are popular and monitor performance of the Services. Web beacons (or pixel tags) are electronic images that may be used in our Services or emails to help deliver cookies, count website visits, and determine the effectiveness of email marketing campaigns. Please note that our Services do not currently respond to web browser "Do Not Track" signals because there is no industry consensus on the issue. |

14

# EXHIBIT D

**Preliminary Claim Chart for U.S. Patent No. 8,677,384**

This preliminary claim chart relies on publicly-available information obtained after a reasonable inquiry.  Alphonso reserves the right to prepare claim charts and disclosures pursuant to applicable local rules.  Alphonso further reserves the right to supplement this claim chart as necessary and appropriate.

| Claim 1 | Samba Platform |
|---|---|
| 1. A method, comprising: | |
| [a] receiving content from a distribution network | On information and belief, Samba systems and devices receive content from distribution networks, such as broadcast TV, video-on-demand, and Smart TV apps. |
| [b] receiving a command at a viewer appliance; | On information and belief, the Samba TV receives user commands, such as commands to change channels, adjust volume, or open apps. |
| [c] establishing communication from the viewer appliance to a remotely located component; when the command is a channel change at the viewer appliance, then immediately upon receipt concurrently forwarding the command from the viewer appliance to the remotely located component for demographic profiling; | Samba's Privacy Policy confirms that user commands are captured and stored:<br><br>• **Content Viewing Information:** We receive information about the content you view and interact with through a Smart TV that integrates our Smart TV Services or through Smart TV Apps ("Content Viewing Information"). Content Viewing Information includes things like the title of the content, actions taken while viewing the content, and the length of time you viewed it. We receive this information in two principal ways:<br><br>    ○ **Smart TV Apps:** We may receive such viewing information when you use our Smart TV Apps or third-party Smart TV apps that use our Integrated Services.<br><br>https://platform.samba.tv/about/privacy-policy/<br><br>Samba's Privacy Policy indicates that the data collected is used to target services and advertising, which on information and belief includes a demographic profile of the viewer:<br><br>• Personalize our Services and deliver recommendations, advertisements, content and features that match your interests;<br><br>• Improve our advertising and measurement systems so we can show you relevant ads on and off our Services (for example, if you are interested in cooking shows, we may serve you ads for new TV cooking programs);<br><br>• Communicate with you about products, services, offers and events offered by Samba TV or others, and provide content we think you will find interesting;<br><br>https://platform.samba.tv/about/privacy-policy/ |

| Claim 1 | Samba Platform |
|---|---|
| | On information and belief based on discussions with the client, user commands changing the channel are forwarded to the Samba backend systems for use in demographic profiling.<br><br><br><br>https://platform.samba.tv/audiences/audience-discovery/ |
| [d] when the command is not the channel change, then performing in parallel: | On information and belief, the Samba TV receives commands other than channel changes (e.g. volume control, playback control, Smart TV app inputs). |
| [e] immediately upon receipt concurrently forwarding the command from the viewer appliance to the remotely located component for the demographic profiling; and | On information and belief based on discussions with the client, user commands can be stored locally (i.e., by the TV), remotely (e.g., by a Samba server or the server associated with a Smart TV app), or both. As discussed in [c], the Samba system uses collected information to target advertising, which on information and belief includes a demographic profile of the viewer. |
| [f] sending an indication that the command | A review of Samba's source code is required to determine whether this step is practiced. |

2

| Claim 1 | Samba Platform |
|---|---|
| has been executed, whereby local storage of the command at the viewer appliance is eliminated; | |
| [g] sending a request from the viewer appliance for an advertisement in an advertisement insertion slot; | On information and belief, Samba devices send requests for advertisements in advertisement insertion slots.  For example, Samba's Sync and Retarget, Hotlist, Programmatic TV Data, and Connected TV Ads products request ads for insertion based on available viewer data, which on information and belief includes at least demographic profiling information. |
| [e] receiving an indication of the advertisement selected based on the demographic profiling; and causing the advertisement to be displayed in the advertisement insertion slot. | On information and belief, Samba's system uses at least the demographic profiling information available to select an advertisement and cause it to be displayed to the viewer.<br><br><br><br>https://platform.samba.tv/audiences/connected-tv-ads/ |

ACTIVE/96025191.1

| Claim 1 | Samba Platform |
|---|---|
| |  When a match to standard or custom audience segments is found, our infrastructure pushes the segments to DSPs every night.    The segments are made available in your DSP for targeting and refreshed on a daily basis. |
| | https://platform.samba.tv/audiences/programmatic-tv-data/ |

ACTIVE/96025191.1